IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABELA'S INC., | No. C 11-01398 CW |
| Plaintiff, | CLERK'S NOTICE ADVANCING CASE MANAGEMENT CONFERENCE |
| v. | |
| KELORA SYSTEMS, LLC, | |
| Defendant. / | |

Notice is hereby given that the Case Management Conference, previously set for Tuesday, August 9, 2011, is advanced to **Tuesday, May 31, 2011, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. A joint Case Management Statement will be due one week prior to the conference.

Dated: 5/5/2011



Deputy Clerk