```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| CABELA'S INC., | No. C 11-1398 CW |
|     Plaintiff, | ORDER REGARDING MOTION OF CABELA'S INC., NEBRASKA FURNITURE MART, INC. AND NEWEGG INC. TO FILE UNDER SEAL THE DECLARATION OF RAY R. LARSON |
|   v. | |
| KELORA SYSTEMS, LLC, | |
|     Defendant. | |
| ────────────────────────────/ | |
| KELORA SYSTEMS, LLC, | No. C 11-1548 CW |
|     Plaintiff, | |
|   v. | |
| TARGET CORPORATION; OFFICEMAX INCORPORATED; ROCKLER COMPANIES, INC.; 1-800-FLOWERS.COM, INC.; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD COMPANY; CIRCUITCITY.COM INC; AUDIBLE, INC.; and ZAPPOS.COM, INC., | |
|     Defendants. | |
| OFFICEMAX INCORPORATED., | |
|     Third-Party Plaintiff, | |
|   v. | |
| ADOBE SYSTEMS INCORPORATED, | |
|     Third-Party Defendant. | |
| ────────────────────────────/ | |

| | |
|---|---|
| NEBRASKA FURNITURE MART, INC., | No. C 11-2284 CW |
| Plaintiff, | |
| v. | |
| KELORA SYSTEMS, LLC, | |
| Defendant. | |
| _____/ | |
| AND ALL RELATED COUNTERCLAIMS | |
| _____/ | |

Pursuant to Local Rule 79-5(d), Plaintiffs and Counterclaim-Defendants Cabela's Inc. and Nebraska Furniture Mart, Inc. and Defendant and Counterclaim-Plaintiff Newegg Inc. move for an order sealing the Declaration of Ray R. Larson submitted in connection with their Motion for Summary Judgment of Invalidity and Non-Infringement.

Movants base their request in part on their statement that a third-party, Endeca, considers information contained or referred to in the declaration to be proprietary and confidential. However, Endeca has not filed a declaration in support of sealing this information, as required by Local Rule 79-5(d).

Nevertheless, it is not clear that Endeca has been served with or otherwise notified of the motion to seal. Thus, the Court reserves judgment as to whether to seal the declaration. Within seven days of the date of this order, Movants shall serve Endeca with the motion to seal the declaration and this order, and file proof that they have done so. In the event that Endeca seeks to seal the information, it shall file a declaration in support of the motion to seal within fourteen days of the date of this order.

2

1  The declaration must provide good cause to seal in light of Local
2  Rule 79-5 and applicable law.
3      Movants also base their request to file the declaration under
4  seal on their assertion that the declaration contains or refers to
5  materials that Movants have designated as "Confidential" or
6  "Highly Confidential - Attorneys' Eyes Only" under the Protective
7  Order in effect in these cases.  However, Movants rely on a
8  blanket protective order and do not provide information
9  establishing that the document, or portions thereof, is privileged
10 or protectable as a trade secret or otherwise entitled to
11 protection under the law, as required under Local Rule 79-5(a).
12 As such, Movants have not provided sufficient information to
13 support the filing of the document under seal at this time.
14     Movants shall be permitted four days from the date of this
15 order to provide additional information to conform with Local Rule
16 79-5.  If Movants fail to do so, their motion will be denied, to
17 the extent that it is based on their conclusory statement.
18 Filings made hereunder may not exceed five pages, excluding
19 declarations and exhibits.
20     IT IS SO ORDERED.

Dated: 9/27/2011

CLAUDIA WILKEN
United States District Judge