# Exhibit A

## To The Declaration of Kris Kimbrough In Support Of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Noninfringement

NAVIGATE.C

```
      //
      //    CPC
      //
      #include <ctype.h>
 5    #include <direct.h>

      #include "NAVIGATE.h"

      #include "c:\accsysx\include\db4.h"      // AccSys header file
10    #include "C:\c600\utils\db4_win.h"
      #include "AMP_DB.h"
      #include "helpid.h"

      int FindCurrentID(WORD, struct FEATURES *, int);
15    void ChangeGroupsState(char, char, struct FEATURES *, int);
      void ReadRecords(struct FEATURES *, int);
      void UpdateControlStatus(HWND, int, struct FEATURES *, int);
      void MergeRecordLists(void);

20    char CPCPath[64];
      short xScreen, yScreen;                      // Screen size (X & Y)
      HBRUSH hWhiteBrush, hBlackBrush;
      long MatchingParts[200], Matching2[200];
      int  List1Len, List2Len;
25    char szTempBuffer[100];
      BOOL bHelpCalled = FALSE;
      LPSTR lpHelpFile = "C:\\NAVIGATE\\NAVIGATE.HLP";
      int PASCAL WinMain(HANDLE hInstance, HANDLE hPrevInstance, LPSTR lpszCmdLine,
      int nCmdShow)
30    {
      /*********************************************************************/
      /* HANDLE hInstance;        handle for this instance               */
      /* HANDLE hPrevInstance;    handle for possible previous instances */
      /* LPSTR  lpszCmdLine;      long pointer to exec command line      */
35    /* int    nCmdShow;         Show code for main window display       */
      /*********************************************************************/

      MSG        msg;          // MSG structure to store your messages
      int        nRc;          // return value from Register Classes
40    long       nWndunits;    // window units for size and location
      int        nWndx;        // the x axis multiplier
      int        nWndy;        // the y axis multiplier
      int        nWidth;       // the resulting width and height for this
      int        nHeight;      // window
45
      strcpy(szAppName, "NAVIGATE");
      hInst = hInstance;
      if(!hPrevInstance)
        {
50      /* register window classes if first instance of application      */
        if ((nRc = nCwRegisterClasses()) == -1)
          {
          /* registering one of the windows failed                      */
          LoadString(hInst, IDS_ERR_REGISTER_CLASS, szString, sizeof(szString));
55        MessageBox(NULL, szString, NULL, MB_ICONEXCLAMATION);
          return nRc;
          }
```

NAVIGATE.C

```
        }

        xScreen = GetSystemMetrics (SM_CXSCREEN);       // Assign Global
    Variables
 5      yScreen = GetSystemMetrics (SM_CYSCREEN);

        // Create a device independant size and location
        nWndunits = GetDialogBaseUnits();
        nWndx = LOWORD(nWndunits);
10      nWndy = HIWORD(nWndunits);
        nWidth = ((260 * nWndx) / 4);
        nHeight = ((125 * nWndy) / 8);

    /* create application's Main window                        */
15  hWndMain = CreateWindow(
                    szAppName,            /* Window class name       */
                    "AMP Navigator",   /* Window's title          */
                    WS_CAPTION    |      /* Title and Min/Max       */
                    WS_SYSMENU    |      /* Add system menu box      */
20                  WS_MINIMIZEBOX |     /* Add minimize box         */
                    WS_MAXIMIZEBOX |     /* Add maximize box         */
                    WS_THICKFRAME  |     /* thick sizeable frame     */
                    WS_CLIPCHILDREN |        /* don't draw in child windows areas
    */
25                  WS_OVERLAPPED,
                    CW_USEDEFAULT, CW_USEDEFAULT,        /* Use default X, Y
    */
                         nWidth, nHeight,       // Width, Height of window
                    NULL,                /* Parent window's handle    */
30                  NULL,                /* Default to Class Menu     */
                    hInst,               /* Instance of window        */
                    NULL);               /* Create struct for WM_CREATE */


35  if(hWndMain == NULL)
       {
        LoadString(hInst, IDS_ERR_CREATE_WINDOW, szString, sizeof(szString));
        MessageBox(NULL, szString, NULL, MB_ICONEXCLAMATION);
        return IDS_ERR_CREATE_WINDOW;
40     }

    cwCenter(hWndMain);
    mode = d_READONLY|d_SINGLE;

45  ShowWindow(hWndMain, nCmdShow);              /* display main window    */

    while(GetMessage(&msg, NULL, 0, 0))          /* Until WM_QUIT message   */
       {
        TranslateMessage(&msg);
50      DispatchMessage(&msg);
       }

    /* Do clean up before exiting from the application             */
    CwUnRegisterClasses();
55  return msg.wParam;
    } /*  End of WinMain                                           */
```

NAVIGATE.C

```
    /**********************************************************************/
    /*                                                                    */
    /* Main Window Procedure                                              */
    /*                                                                    */
5   /*                                                                    */
    /* This procedure provides service routines for the Windows events    */
    /* (messages) that Windows sends to the window, as well as the user   */
    /* initiated events (messages) that are generated when the user selects */
    /* the action bar and pulldown menu controls or the corresponding     */
10  /* keyboard accelerators.                                             */
    /*                                                                    */
    /**********************************************************************/
    LONG FAR PASCAL WndProc(HWND hWnd, WORD Message, WORD wParam, LONG lParam)
    {
15  HMENU       hMenu=0;            /* handle for the menu               */
    HBITMAP     hBitmap=0;          /* handle for bitmaps                */
    HDC         hDC;                /* handle for the display device     */
    PAINTSTRUCT ps;                 /* holds PAINT information           */
    int         nRc=0;              /* return code                       */
20
    static HICON hIcon;
    static short xIcon, yIcon, xClient, yClient;
    short x, y;

25      switch (Message)
            {
        case WM_COMMAND:
                switch (wParam)
                    {
30              case IDM_F_EXIT:
                        SendMessage(hWnd, WM_CLOSE, 0, 0L);
                        break;

                case IDM_H_ABOUT:
35              {
                        FARPROC lpfnABOUTBOXMsgProc;

                        lpfnABOUTBOXMsgProc =
        MakeProcInstance((FARPROC)ABOUTBOXMsgProc, hInst);
40                      nRc = DialogBox(hInst, (LPSTR)"ABOUTBOX", hWnd,
        lpfnABOUTBOXMsgProc);
                        FreeProcInstance(lpfnABOUTBOXMsgProc);
                }
                break;
45
                case IDM_L_CPC:
                    {
                        FARPROC lpfnCPC2MsgProc;

50                      lpfnCPC2MsgProc = MakeProcInstance((FARPROC)CPC2MsgProc,
        hInst);
                        nRc = DialogBox(hInst, MAKEINTRESOURCE(100), hWnd,
        lpfnCPC2MsgProc);
                        FreeProcInstance(lpfnCPC2MsgProc);
55                  }
                    break;
```

NAVIGATE.C

```
              default:
                    return DefWindowProc(hWnd, Message, wParam, lParam);
              }
          break;          /* End of WM_COMMAND  */

      case WM_CREATE:
        hIcon = LoadIcon(hInst, szAppName);
              xIcon = GetSystemMetrics(SM_CXICON);
              yIcon = GetSystemMetrics(SM_CYICON);

              hWhiteBrush = CreateSolidBrush(0x00FFFFFF);
              hBlackBrush = CreateSolidBrush(0x00000000);
              getcwd(CPCPath, sizeof(CPCPath)-5);
              nRc = strlen(CPCPath);
              if (CPCPath[nRc - 1] != '\\')
                    strcat(CPCPath, "\\");
              strcat(CPCPath, "CPC");
          break;

      case WM_MOVE:
          break;

        case WM_SIZE:
              xClient = LOWORD (lParam);
              yClient = HIWORD (lParam);
              break;

        case WM_PAINT:
            memset(&ps, 0x00, sizeof(PAINTSTRUCT));
            hDC = BeginPaint(hWnd, &ps);

            // Included in case the background is not a pure color
            SetBkMode(hDC, TRANSPARENT);

            for (y = 25; y < yClient; y += 2 * yIcon)
                  for (x = 25; x < xClient; x += 2 * xIcon)
                        DrawIcon(hDC, x, y, hIcon);

            EndPaint(hWnd, &ps);
            break;

      case WM_CLOSE:  /* close the window  */
            DestroyWindow(hWnd);
            if (hWnd == hWndMain)
              PostQuitMessage(0);  /* Quit the application  */
            break;

      case WM_DESTROY:
              DeleteObject(hWhiteBrush);
              DeleteObject(hBlackBrush);
              if (bHelpCalled)
                    WinHelp(hWnd, lpHelpFile, HELP_QUIT, NULL);
              break;

      default:
            return DefWindowProc(hWnd, Message, wParam, lParam);
```

NAVIGATE.C

```
          }
      return 0L;
      }      /* End of WndProc */

5
      /******************************************************************/
      /*                                                                */
      /*                          */
      /* Dialog Window Procedure                                        */
10            */
      /*                                                                */
      /*                          */
      /*                                                                */
      /*                          */
15    /******************************************************************/
      BOOL FAR PASCAL ABOUTBOXMsgProc(HWND hWndDlg, WORD Message, WORD wParam, LONG
      lParam)
      {
       switch(Message)
20        {
          case WM_INITDIALOG:
             cwCenter(hWndDlg);
             /* initialize working variables */
             break; /* End of WM_INITDIALOG */
25
          case WM_CLOSE:
             /* Closing the Dialog behaves the same as Cancel */
             PostMessage(hWndDlg, WM_COMMAND, IDCANCEL, 0L);
             break; /* End of WM_CLOSE    */
30
          case WM_COMMAND:
             switch(wParam)
               {
               case IDOK:
35               EndDialog(hWndDlg, TRUE);
                 break;
               case IDCANCEL:
                  /* Ignore data values entered into the controls      */
                  /* and dismiss the dialog window returning FALSE     */
40                EndDialog(hWndDlg, FALSE);
                  break;
               }
             break;    /* End of WM_COMMAND                            */

45       default:
            return FALSE;
         }
       return TRUE;
      } /* End of ABOUTBOXMsgProc */
50


      /******************************************************************/
55    /*                                                                */
      /* nCwRegisterClasses Function                                    */
      /*                                                                */
```

NAVIGATE.C

```
     /* The following function registers all the classes of all the windows  */
     /* associated with this application. The function returns an error code */
     /* if unsuccessful, otherwise it returns 0.                              */
     /*                                                                       */
  5  /*************************************************************************/
     int nCwRegisterClasses(void)
     {
      WNDCLASS   wndclass;    /* struct to define a window class              */
      memset(&wndclass, 0x00, sizeof(WNDCLASS));
 10

      /* load WNDCLASS with window's characteristics                         */
      wndclass.style = CS_HREDRAW | CS_VREDRAW | CS_BYTEALIGNWINDOW;
      wndclass.lpfnWndProc = WndProc;
 15   /* Extra storage for Class and Window objects                          */
      wndclass.cbClsExtra = 0;
      wndclass.cbWndExtra = 0;
      wndclass.hInstance = hInst;
      wndclass.hIcon = LoadIcon(hInst, "AMP_FIND");
 20   wndclass.hCursor = LoadCursor(NULL, IDC_ARROW);
      /* Create brush for erasing background                                 */
      wndclass.hbrBackground = (HBRUSH)(COLOR_WINDOW+1);
      wndclass.lpszMenuName = szAppName;   /* Menu Name is App Name */
      wndclass.lpszClassName = szAppName;  /* Class Name is App Name */
 25   if(!RegisterClass(&wndclass))
        return -1;


     return(0);
 30  } /* End of nCwRegisterClasses                                          */


     /*************************************************************************/
     /*  cwCenter Function                                                    */
 35  /*                                                                       */
     /*  centers a window based on the client area of its parent             */
     /*                                                                       */
     /*************************************************************************/
     void cwCenter(HWND hWnd)
 40  {
         RECT rect;

         GetWindowRect(hWnd, &rect);          /* get dialog box dimensions */
         rect.bottom -= rect.top;             /* compute window height */
 45      rect.right  -= rect.left;            /* compute window width */

         MoveWindow(hWnd, (xScreen/2) - (rect.right/2), (yScreen/2) -
     (rect.bottom/2),
                          rect.right, rect.bottom, FALSE);
 50  }


     /*************************************************************************/
     /*  CwUnRegisterClasses Function                                         */
 55  /*                                                                       */
     /*  Deletes any refrences to windows resources created for this         */
     /*  application, frees memory, deletes instance, handles and does       */
```

Page 6

NAVIGATE.C

```
      /*  clean up prior to exiting the window                        */
      /*                                                              */
      /****************************************************************/
      void CwUnRegisterClasses(void)
5     {
       WNDCLASS   wndclass;    /* struct to define a window class      */
       memset(&wndclass, 0x00, sizeof(WNDCLASS));

       UnregisterClass(szAppName, hInst);
10    }    /* End of CwUnRegisterClasses                               */




15    /****************************************************************/
      /*                                                              */
      /* Dialog Window Procedure                                      */
      /*                                                              */
      /* This procedure is associated with the dialog box that is included in */
20    /* the function name of the procedure. It provides the service routines */
      /* for the events (messages) that occur because the end user operates   */
      /* one of the dialog box's buttons, entry fields, or controls.  */
      /*                                                              */
      /****************************************************************/
25    BOOL FAR PASCAL CPC2MsgProc(HWND hWndDlg, WORD Message, WORD wParam, LONG
      lParam)
      {

          POINT point;
30        int i, State, rc, *LenPtr;
          long RecNum, *RecPtr;
          DWORD Index;
          static WORD LastHelpID = HELPID_NO_HELP;

35    #define RADIO_BUTTON          1
      #define LISTBOX               2
      #define LISTBOX_TEXT          3
      #define LISTBOX_RADIO         4

40    #define SELECTABLE              0
      #define UNSELECTABLE          1
      #define MARKED                  2
      #define SELECTED              3
      #define FORCED                  4
45
      #include "cpc.inc"

          switch(Message)
          {
50        case WM_INITDIALOG:
              DBFFileHandle[CPC_DBF] = (DBF)0;
              OpenStructDatabase(CPCDatabase);
              if (DBFFileHandle[CPC_DBF] == (DBF)0)
              SendMessage(hWndDlg, WM_CLOSE, 0, 0L);
55        // Quit dialog box
            else
```

NAVIGATE.C

```
                    SendMessage(hWndDlg, WM_COMMAND, ID_CLEAR_ALL, 0L);          //
         Initialize entire dialog box
                    cwCenter(hWndDlg);
                    break; // End of WM_INITDIALOG
 5
            case WM_CLOSE:
                    PostMessage(hWndDlg, WM_COMMAND, IDCANCEL, 0L);
                    break;

10          case WM_CTLCOLOR:
         //                 if (HIWORD(lParam) == CTLCOLOR_BTN || HIWORD(lParam) ==
         CTLCOLOR_LISTBOX)
                    if (HIWORD(lParam) == CTLCOLOR_BTN)
                        {
15                          i = FindCurrentID(GetWindowWord(LOWORD(lParam), GWW_ID),
         &Features[0], (int)(sizeof Features / sizeof Features[0]));
                                if (i > 0 && Features[i].CurState == SELECTED)
                                    {
                                        SetTextColor((HDC)wParam, RGB(255, 255, 255));
20           // Text Color White
                                        SetBkColor((HDC)wParam, RGB(0, 0, 0));
             // Black Background color
                                        SetBkMode( (HDC)wParam, TRANSPARENT);

25       //                      UnrealizeObject(hBlackBrush);
         //                      point.x = point.y = 0;
         //                      ClientToScreen(hWndDlg, &point);
         //                      SetBrushOrg(wParam, point.x, point.y);

30                                      return (DWORD)hBlackBrush;
                                    }
                        }
         //              else if (HIWORD(lParam) == CTLCOLOR_MSGBOX)
         //                  SetTextColor(wParam, 0x00000000);                    // Text
35       Color Black
         //                  return ((DWORD) hWhiteBrush);
                            return (DWORD) NULL;


            case WM_COMMAND:
40                  switch(wParam)
                        {
                        case ID_LISTBOX_ARRANGE: // List box
                            if (HIWORD(lParam) == LBN_DBLCLK)
                                SendMessage(hWndDlg, WM_COMMAND, IDOK, 0L);
45                      else if (HIWORD(lParam) == LBN_SELCHANGE)
                            {
                                    Index = SendDlgItemMessage(hWndDlg, wParam,
         LB_GETCURSEL, 0, 0L);
                                    if (Index != LB_ERR)
50                                      SendDlgItemMessage(hWndDlg, wParam, LB_GETTEXT,
         (WORD)Index, (LONG)(LPSTR)szTempBuffer);
                                    else
                                        break;
                                    for (i=0; i < (sizeof Features / sizeof Features[0]);
55       i++)
                                        if (Features[i].DialogID == wParam &&
```

NAVIGATE.C

```
                                             (strcmp(szTempBuffer, Features[i].ItemText)
       == 0) )
                                        {
                                             LastHelpID = Features[i].HelpID;
 5                                           if (Features[i].CurState != SELECTED)
             // KWK
                                             {
                                             ChangeGroupsState(Features[i].DBFeatureNum,
       SELECTABLE,
10                                                    &Features[0], (int)(sizeof
       Features / sizeof Features[0]));
                                             Features[i].CurState = MARKED;
                                             }
                                             break;
15                                      }
                       }
                       break;

             case IDCANCEL:
20                  CloseStructDatabase(CPCDatabase);
                    EndDialog(hWndDlg, FALSE);
                    break;

             case IDOK:                           // *** Search!!! ***
25                  for (i=0; i < (sizeof Features / sizeof Features[0]); i++)
                    {
                         if (Features[i].CurState == MARKED)
                         {
                             if (List1Len < 1)
30                           {
                                 RecPtr = &MatchingParts[0];
                                 LenPtr = &List1Len;
                             }
                             else
35                           {
                                 RecPtr = &Matching2[0];
                                 LenPtr = &List2Len;
                                 List2Len = 0;
                             }
40

                             rc = dXgetrno(IndexPtr[Features[i].DBFeatureNum],
       Features[i].Abbrev, &RecNum);
                             while (RecNum != 0L)
45                           {
                                 *RecPtr = RecNum;              /* Add Record
       # to list */
                                 RecPtr++;                           /* Move
       ptr to next location */
50                               ++(*LenPtr);                         /*
       Increase the list length */
                                 RecNum =
       FindNextKey(IndexPtr[Features[i].DBFeatureNum], Features[i].Abbrev);
                             }
55                           if (List2Len > 0)                   /* More than
       1 feature marked! */
                                 MergeRecordLists();
```

NAVIGATE.C

```
                                Features[i].CurState = SELECTED;
                                ReadRecords(&Features[0], (int)(sizeof Features /
      sizeof Features[0]));
                                UpdateControlStatus(hWndDlg, List1Len,
  5   &Features[0], (int)(sizeof Features / sizeof Features[0]));
                                InvalidateRect(GetDlgItem(hWndDlg,
      Features[i].DialogID), NULL, TRUE);
                              }
                         }
 10                  break;

             case ID_HELP:
                     WinHelp(hWndDlg, lpHelpFile, HELP_CONTEXT,
      (DWORD)LastHelpID);
 15                  bHelpCalled = TRUE;
                     break;

             case ID_CLEAR_ALL:
                     List1Len = List2Len = 0;                    /* Reset to 0
 20   matching parts */
                     SetDlgItemText(hWndDlg, ID_QTY_MATCHING, (LPSTR)NULL);
                     SetDlgItemText(hWndDlg, ID_PART_NUMBER, (LPSTR)NULL);
                     for (i=0; i < (sizeof Features / sizeof Features[0]); i++)
                     {
 25                      Features[i].CurState = SELECTABLE;
                         Features[i].Qty = 0;

                         switch (Features[i].IDType)
                         {
 30                      case RADIO_BUTTON:
                                 EnableWindow(GetDlgItem(hWndDlg,
      Features[i].DialogID), 1); /* Enable */
                                 SendDlgItemMessage(hWndDlg, Features[i].DialogID,
      BM_SETCHECK, (WORD)0, 0L);    /* Un-mark it */
 35                              InvalidateRect(GetDlgItem(hWndDlg,
      Features[i].DialogID), NULL, TRUE);
                                 break;

                         case LISTBOX:
 40                              EnableWindow(GetDlgItem(hWndDlg,
      Features[i].DialogID), 1); /* Enable */
                                 SendDlgItemMessage(hWndDlg, Features[i].DialogID,
      LB_RESETCONTENT, 0, 0L);     /* Nothing selected */
                                 SendDlgItemMessage(hWndDlg, Features[i].DialogID,
 45   LB_SETCURSEL, -1, 0L);  /* Nothing selected */
                                 break;

                         case LISTBOX_TEXT:
                                 SendDlgItemMessage(hWndDlg, Features[i].DialogID,
 50   LB_ADDSTRING, 0, (LONG)(LPSTR)Features[i].ItemText);
                                 break;
                         }
                     }          /* end of for */
                     break;
 55
             default:          /* default for all radio buttons */
```

```
                     i = FindCurrentID(wParam, &Features[0], (int)(sizeof Features
   / sizeof Features[0]));
                     if (i < 0)
                             break;
5
                     State = Features[i].CurState;              /* Save the current
   state of button */

                     //
10                   // Change all buttons in this group to SELECTABLE state
                     // unless the user has already picked this item and said
   SEARCH
                     if (Features[i].CurState != SELECTED)
                             ChangeGroupsState(Features[i].DBFeatureNum,
15 SELECTABLE,
                                 &Features[0], (int)(sizeof Features /
   sizeof Features[0]));

                     /* The following if is used to make radio buttons behave
20 differently
                         than normal by toggling on/off when repeatedly selected
   */
                     if (State == MARKED)
                     {
25                           SendDlgItemMessage(hWndDlg, Features[i].DialogID,
   BM_SETCHECK, (WORD)0, 0L);    /* Un-mark it */
                             Features[i].CurState = SELECTABLE;
                     }
                     else
30                   {
                             if (Features[i].CurState != SELECTED)     // If Not
   already SELECTED (hard selection)
                                     Features[i].CurState = MARKED;             // Flag
   this as Marked (soft selection)
35                   }
                     LastHelpID = Features[i].HelpID;
                     break;
                 }
             break;     // End of WM_COMMAND
40
         default:
             return FALSE;
         }
      return TRUE;
45 } // End of CPC2MsgProc Dialog BOX !!!!!!


   /******************************************************************/
   /*                                                              */
50 /* MergeRecordLists()                                           */
   /*                                                              */
   /* This function is responsible for creating a list of records which is */
   /* the subset of common records from 2 lists.  This function takes each */
   /* record from list 2 and checks it against list 1, if it is found then */
55 /* the record is left in list 2, if it is not in list 1 then the record */
   /* number is forced to 0.  After all records are checked in list 2, the */
   /* records which are non-zero in list 2 are used to create a new list 1.*/
```

NAVIGATE.C

```
     /*****************************************************************/
     void MergeRecordLists(void)
     {
             int Record1Ptr, Record2Ptr;
 5           BOOL Found;
             long *RecPtr;

             for (Record2Ptr=0; Record2Ptr < List2Len; Record2Ptr++)
             {
10               Found = FALSE;
                 for (Record1Ptr=0; Record1Ptr < List1Len; Record1Ptr++)
                 {
                         if (MatchingParts[Record1Ptr] == Matching2[Record2Ptr])
                         {
15                           Found = TRUE;
                             break;
                         }
                 }
                 if (!Found)                                 // Not Found, so
20   mark it as deleted
                     Matching2[Record2Ptr] = 0L;
             }

             List1Len = 0;
25           RecPtr = &MatchingParts[0];
             for (Record2Ptr=0; Record2Ptr < List2Len; Record2Ptr++)
             {
                 if (Matching2[Record2Ptr] > 0)
                 {
30                   *RecPtr = Matching2[Record2Ptr];    // Add Record # to list
                     RecPtr++;                               // Move ptr
     to next location
                     List1Len++;                             // Increase
     the list length
35               }

             }
     }


40

     /*****************************************************************/
     /*                                                               */
     /* UpdateControlStatus()                                         */
45   /*                                                               */
     /* This function is responsible for updating all radio buttons and list */
     /* boxes contained in the dialog box.  This function is called after    */
     /* the matching Qty for each feature has been determined.  The update   */
     /* mainly consists of the following rules:                       */
50   /*                                                               */
     /*   1)   If the Qty for a radio button is 0 then it is unselec- */
     /*        table and is grayed and the button is empty (not checked)     */
     /*   2)   If the Qty for a radio button is equal to the TotalQty of     */
     /*        matching parts then the button is disabled (grayed).  If it   */
55   /*        is matching in all parts because it is a feature selected by  */
     /*        the user then it will be displayed in inverse when the message*/
     /*        for WM_CTL_COLOR is processed.                         */
```

NAVIGATE.C

```
      /*  3)   If the Qty for a list box item is 0 then it is deleted from   */
      /*        the scroll list.                                             */
      /*  4)   If the Qty for a list box item is equal to the TotalQty of    */
      /*        matching parts, then the list box is disabled.               */
 5    /*                                                                     */
      /*  In addition to these main steps the Qty of matching parts is       */
      /*  displayed and if there is only 1 part then the matching part       */
      /*  number is also displayed.                                          */
      /***********************************************************************/
10   void UpdateControlStatus(HWND hWndDlg, int TotalQty, struct FEATURES *Info, int
     Size)
     {
           int i;
           DWORD Index;
15
           wsprintf(szTempBuffer, "%d", TotalQty);
           SetDlgItemText(hWndDlg, ID_QTY_MATCHING, (LPSTR)szTempBuffer);

           if (TotalQty == 1)
20               SetDlgItemText(hWndDlg, ID_PART_NUMBER,
     (LPSTR)GetFieldValue(CPC_DBF, FIELD_PART_NUM));


           for (i=0; i < Size; i++)
25         {
                 switch (Info[i].IDType)
                 {
                 case RADIO_BUTTON:
                       if (Info[i].Qty == 0)                          // Not valid
30                     {
                             EnableWindow(GetDlgItem(hWndDlg, Info[i].DialogID), 0);
     // Disable
                             SendDlgItemMessage(hWndDlg, Info[i].DialogID,
     BM_SETCHECK, (WORD)0, 0L);    // UnMark it
35                     }
                       else if (Info[i].Qty == TotalQty)        // Forced/Selected
                       {
                             if (Info[i].CurState != SELECTED)   // If Not SELECTED
     (hard selection)
40                               EnableWindow(GetDlgItem(hWndDlg,
     Info[i].DialogID), 0); // Disable when FORCED
                             SendDlgItemMessage(hWndDlg, Info[i].DialogID,
     BM_SETCHECK, (WORD)1, 0L);    // Mark it
                       }
45                     break;

                 case LISTBOX_TEXT:
                       Index = SendDlgItemMessage(hWndDlg, Info[i].DialogID,
     LB_FINDSTRING, -1, (LONG)(LPSTR)Info[i].ItemText);
50                     if (Index == LB_ERR)                          // Item not
     in list box
                             break;
                       if (Info[i].Qty == 0)                          // Not valid
                             SendDlgItemMessage(hWndDlg, Info[i].DialogID,
55   LB_DELETESTRING, (WORD)Index, 0L);
     //                else if (Info[i].Qty == TotalQty)        // Forced/Selected
```

Page 13

NAVIGATE.C

```
      //                     EnableWindow(GetDlgItem(hWndDlg, Info[i].DialogID), 0);
      // Disable List Box
                     break;
             }
 5      }              // end of for
      }


      /*******************************************************************/
10    /*                                                                 */
      /* ReadRecords()                                                   */
      /*                                                                 */
      /* This function is responsible for reading each record number contained*/
      /* in the "MatchingParts" record list (for a length of "List1Len").     */
15    /* Prior to reading the records all features Qty is reset to 0.    */
      /* After each record is read each feature value specified by that part  */
      /* (in separate fields) is located in the local data structure and its  */
      /* Qty is incremented. This procedure is repeated for each record.      */
      /*******************************************************************/
20    void ReadRecords(struct FEATURES *Info, int Size)
      {
             char *ptr;
             int i, FeatNum, RecordIndex;

25           for (i=0; i < Size; i++)
                   Info[i].Qty = 0;

             for (RecordIndex=0; RecordIndex < List1Len; RecordIndex++)
             {
30                 GetRecValues(CPC_DBF, MatchingParts[RecordIndex]);

                   for (FeatNum = 1; FeatNum < 10; FeatNum++)
                   {
                         wsprintf(szTempBuffer, "FEAT%d", FeatNum);
35                       ptr = GetFieldValue(CPC_DBF, szTempBuffer);
                         if (isalnum(*ptr))
                         {
                               for (i=0; i < Size; i++)
                               {
40                                   if (strcmp(Info[i].Abbrev, ptr) == 0)
                                     {
                                           Info[i].Qty++;
                                           break;
                                     }
45                             }
                         }
                   }
             }
      }
50


      /*******************************************************************/
      /*                                                                 */
55    /* ChangeGroupsState                                               */
      /*                                                                 */
      /* This function is called as the user clicks on radio buttons.  Its    */
```

Page 14

NAVIGATE.C

```
      /* purpose is to update all features in a certain group to a have a      */
      /* specified NewState value (usually "SELECTABLE").  A group would be    */
      /* for example all Contact Plating types.                                */
      /***************************************************************************/
 5    void ChangeGroupsState(char GroupNum, char NewState, struct FEATURES *Info, int
      Size)
      {
            int i;

10          for (i=0; i < Size; i++)
                  {
                        if (Info[i].DBFeatureNum == GroupNum)
                              Info[i].CurState = NewState;
                  }
15    }

      /***************************************************************************/
      /*                                                                         */
      /* FindCurrentID                                                           */
20    /*                                                                         */
      /* This function is called whenever we need to know which record in our    */
      /* memory based data structure contains the information for a specific     */
      /* dialog ID.                                                              */
      /***************************************************************************/
25    int FindCurrentID(WORD SelectedID, struct FEATURES *Info, int Size)
      {
            int i;

            for (i=0; i < Size; i++)
30                {
                        if (Info[i].DialogID == SelectedID)
                              return i;
                  }
            return -1;
35    }
```

CPC.INC

```
     static struct FEATURES Features[] =
     {
         /*
         DialogID                IDType DBFeatureNum  Abbrev     CurState
 5    ItemText        Qty        HELP_ID

       =================================================================
       ================================
       */
10        ID_LISTBOX_ARRANGE,     LISTBOX,        3,             "X",
      SELECTABLE,    NULL,           0,          HELPID_NO_HELP,

          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1104 ",  SELECTABLE,
      "11-4",         0,      HELPID_CPC_ARR_11_4,
15        ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1108 ",  SELECTABLE,
      "11-8",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1109 ",  SELECTABLE,
      "11-9",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1307 ",  SELECTABLE,
20    "13-7",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1309 ",  SELECTABLE,
      "13-9",         0,      HELPID_CPC_ARR_13_9,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1405 ",  SELECTABLE,
      "14-5",         0,      HELPID_NO_HELP,
25        ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1407 ",  SELECTABLE,
      "14-7",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1703 ",  SELECTABLE,
      "17-3",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1709 ",  SELECTABLE,
30    "17-9",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1714 ",  SELECTABLE,
      "17-14",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1716 ",  SELECTABLE,
      "17-16",        0,      HELPID_NO_HELP,
35        ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "1728 ",  SELECTABLE,
      "17-28",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2203 ",  SELECTABLE,
      "22-3",         0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2214 ",  SELECTABLE,
40    "22-14",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2216 ",  SELECTABLE,
      "22-16",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2319 ",  SELECTABLE,
      "23-19",        0,      HELPID_NO_HELP,
45        ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2324 ",  SELECTABLE,
      "23-24",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2228 ",  SELECTABLE,
      "22-28",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2337 ",  SELECTABLE,
50    "23-37",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2357 ",  SELECTABLE,
      "23-57",        0,      HELPID_NO_HELP,
          ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2363 ",  SELECTABLE,
      "23-63",        0,      HELPID_NO_HELP,
55        ID_LISTBOX_ARRANGE,     LISTBOX_TEXT, 3,       "2307 ",  SELECTABLE,
      "23-7",         0,      HELPID_NO_HELP,
```

CPC.INC

```
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2313M",  SELECTABLE,
   "23-13M (combo)",   0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2316M",  SELECTABLE,
   "23-16M (combo)",   0,          HELPID_NO_HELP,
 5      ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2322M",  SELECTABLE,
   "23-22M (combo)",   0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2807 ",  SELECTABLE,
   "28-7",             0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2813M",  SELECTABLE,
10 "28-13M (combo)",   0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2816M",  SELECTABLE,
   "28-16M (combo)",   0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2822M",  SELECTABLE,
   "28-22M (combo)",   0,          HELPID_NO_HELP,
15      ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2824 ",  SELECTABLE,
   "28-24",            0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2837 ",  SELECTABLE,
   "28-37",            0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2857 ",  SELECTABLE,
20 "28-57",            0,          HELPID_NO_HELP,
        ID_LISTBOX_ARRANGE,        LISTBOX_TEXT,  3,         "2863 ",  SELECTABLE,
   "28-63",            0,          HELPID_NO_HELP,


25      ID_SQ_FLANG_RECEPT,        RADIO_BUTTON,  1,         "SQFL ",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
        ID_FREE_HANG_RECEPT,       RADIO_BUTTON,  1,         "FREE ",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
        ID_FEED_RECEPT,            RADIO_BUTTON,  1,         "FEED ",  SELECTABLE,
30 NULL,               0,          HELPID_NO_HELP,
        ID_PLUG,                   RADIO_BUTTON,  1,         "PLUG ",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,


        ID_SERIES1,        RADIO_BUTTON,  2,     "SER1 ",  SELECTABLE,    NULL,
35 0,        HELPID_CPC_SERIES,
        ID_SERIES1_VDE,            RADIO_BUTTON,  2,         "SER1V",  SELECTABLE,
   NULL,               0,          HELPID_CPC_SERIES,
        ID_SERIES2,        RADIO_BUTTON,  2,     "SER2 ",  SELECTABLE,    NULL,
   0,        HELPID_CPC_SERIES,
40      ID_SERIES3,        RADIO_BUTTON,  2,     "SER3 ",  SELECTABLE,    NULL,
   0,        HELPID_CPC_SERIES,
        ID_SERIES4,        RADIO_BUTTON,  2,     "SER4 ",  SELECTABLE,    NULL,
   0,        HELPID_CPC_SERIES,


45      ID_NO_CONTACTS,            RADIO_BUTTON,  4,         "NOCON",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
        ID_SQ_POSTED,      RADIO_BUTTON,  4,        "SQ  ",  SELECTABLE,    NULL,
   0,        HELPID_NO_HELP,
        ID_ROUND_POSTED,           RADIO_BUTTON,  4,         "ROUND",  SELECTABLE,
50 NULL,               0,          HELPID_NO_HELP,
        ID_ROUND_SOLID,            RADIO_BUTTON,  4,         "FEEDP",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
        ID_SOLDER,                 RADIO_BUTTON,  4,         "SOLDR",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
55
        ID_GOLD_SELECT,            RADIO_BUTTON,  5,         "GOLDS",  SELECTABLE,
   NULL,               0,          HELPID_NO_HELP,
```

CPC.INC

```
        ID_GOLD,               RADIO_BUTTON, 5,       "GOLD ", SELECTABLE,
   NULL,              0,        HELPID_NO_HELP,
        ID_TIN,             RADIO_BUTTON, 5,        "TIN ", SELECTABLE,    NULL,
    5  0,       HELPID_NO_HELP,
        ID_PLASTIC,        RADIO_BUTTON, 6,        "PL  ", SELECTABLE,    NULL,
   0,       HELPID_NO_HELP,
        ID_METAL,              RADIO_BUTTON, 6,       "MET ", SELECTABLE,
   10 NULL,              0,        HELPID_NO_HELP,
        ID_SEX_NORMAL,         RADIO_BUTTON, 7,       "STDS ", SELECTABLE,
   NULL,              0,        HELPID_NO_HELP,
        ID_SEX_REVERSE,        RADIO_BUTTON, 7,       "REVS ", SELECTABLE,
   15 NULL,              0,        HELPID_NO_HELP,
        ID_TETRASEAL,      RADIO_BUTTON, 8,       "TETR ", SELECTABLE,    NULL,
   0,       HELPID_NO_HELP,
        ID_NO_TETRASEAL,        RADIO_BUTTON, 8,        "NOTET", SELECTABLE,
   20 NULL,              0,        HELPID_NO_HELP,
        ID_NUM_STANDARD,        RADIO_BUTTON, 9,       "STDN ", SELECTABLE,
   NULL,              0,        HELPID_NO_HELP,
        ID_NUM_REVERSE,         RADIO_BUTTON, 9,       "REVN ", SELECTABLE,
   NULL,              0,        HELPID_NO_HELP,
   25 };
```

300773286.1