| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | ROBERT D. BECKER (Bar No. CA 160648) |
| 2 | E-mail: rbecker@manatt.com |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 3 | E-mail: rkatz@manatt.com |
| | SHAWN G. HANSEN (Bar No. CA 197033) |
| 4 | E-mail: shansen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |

*Attorneys for*
KELORA SYSTEMS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| eBay Inc. and Microsoft Corporation, | ) | No. 4:10-cv-4947-CW (filed Nov. 2, 2010) |
| *Plaintiffs and Counterclaim-Defendants*, | ) ) ) | **DECLARATION OF SHERIF DANISH IN SUPPORT OF KELORA'S OPPOSITION TO DEFENDANTS' CLAIM CONSTRUCTION BRIEF AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NONINFRINGEMENT** |
| v. | ) | |
| Kelora Systems, LLC, | ) | |
| *Defendant and Counterclaim-Plaintiff.* | ) | |
| Cabela's Inc., | ) | No. 4:11-cv-1398-CW (filed Mar. 23, 2011) |
| *Plaintiff and Counterclaim-Defendant*, | ) | (related case) |
| v. | ) | |
| Kelora Systems, LLC, | ) | |
| *Defendant and Counterclaim-Plaintiff.* | ) | |

| | |
|---|---|
| Kelora Systems, LLC, | ) No. 4:11-cv-1548-CW (filed Nov. 8, 2010)<br>) (related case) |
|     *Plaintiff and Counterclaim-Defendant*, | ) |
|     v. | ) |
| Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc., | ) |
|     *Defendants and Counterclaim-Plaintiffs.* | ) |
| OfficeMax Incorporated, | ) |
|     *Third-Party Plaintiff*, | ) |
|     v. | ) |
| Adobe Systems Incorporated, | ) |
|     *Third-Party Defendant*. | ) |
| Nebraska Furniture Mart, Inc., | ) No. 4:11-cv-2284-CW (filed Feb. 3, 2011)<br>) (related case) |
|     *Plaintiff and Counterclaim-Defendant*, | ) |
|     v. | ) |
| Kelora Systems, LLC, | ) |
|     *Defendant and Counterclaim-Plaintiff.* | ) |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

DECL. OF SHERIF DANISH ISO
KELORA'S MSJ OPPOSITION

I, Sherif Danish, declare as follows:

1. I am a Managing Member of Kelora Systems, LLC ("Kelora"). I am also the first-named inventor on the patent at issue in this case, U.S. Patent No. 6,275,821 ("the '821 patent"). I have personal knowledge of the following facts. If called as a witness, I could and would testify competently to these facts.

2. The '821 patent, entitled "Method and System for Executing a Guided Parametric Search," describes systems and methods for performing guided parametric search and includes claims directed to methods for performing guided parametric search. Kelora practices the invention disclosed in the '821 patent through its award-winning Step Search® technology. Step Search® is implemented in Kelora's Commerce Suite software products, which have been licensed by numerous Fortune 500 companies, including 3M, Hubbell, and Lincoln Electric.

3. Kelora's Commerce Suite software products and the similar products of its predecessors in interest allow licensees of those products to perform all elements of reexamined claims 1 and 9 and dependent claims 2, 3, and 4 of the '821 Patent. Licensees were encouraged to use the products in this way and I have first hand knowledge that they did so. Kelora itself performs one or more of these methods during development, testing, and support of the Commerce Suite software products and I have firsthand knowledge that current and past licensees would also routinely perform all the elements of one or more of these claims during their own deployment, testing, and support processes.

4. Kelora's Commerce Suite software was originally developed and marketed by a company which I co-founded and at which I formerly worked called Saqqara Systems, Inc. Saqqara was an assignee of the '821 Patent, and its Commerce Suite software products were its primary assets.

5. In or around 1996, a major enterprise software company, Verity, Inc., offered to purchase Saqqara in order to obtain the Step Search® technology. At the time, Verity was a provider of software products, including text search and related software products. Verity made an unsolicited offer to purchase Saqqara for $10 million, even though Saqqara had only a limited


1  number of customers. Negotiations ultimately broke down over the purchase price and the
2  Saqqara/Verity transaction was never consummated.

3  6. In and around 1997, Saqqara and Microsoft, Inc. commenced business and
4  technical discussions. In or around July of 1998, Microsoft and Saqqara agreed that Microsoft
5  would obtain Saqqara's Step Search® product (as it was then called) and install it in anticipation
6  of integrating it with Microsoft's Site Server product for demonstration purposes at a Microsoft
7  show in September 1998. Saqqara's technology was demonstrated at the show.

8  7. Thereafter, in or around 2000, Microsoft launched its own competing product,
9  Commerce Server, that featured parametric search technology under a function called "Stepwise
10 Search." Microsoft's Commerce Server products currently feature the parametric search
11 technology utilized in Kelora's Step Search® technology and disclosed and claimed in the '821
12 Patent. Saqqara had provided Microsoft with access to compiled libraries and human readable
13 ASP pages comprising an implementation of the claimed methods.

14 8. The parametric search technology disclosed in the '821 Patent has widespread
15 adoption. I have personally viewed and evaluated hundreds of websites that make use of the
16 methods set forth in the reexamined claims of the '821 Patent. Based on the latest results of an
17 ongoing investigation I am managing, I understand that there are thousands of sites that make use
18 of the methods set forth in the reexamined claims of the '821 Patent.

19 9. The commercial success of the methods of the '821 Patent is evidenced by their
20 widespread use. Each Defendant performs the methods, and certain Defendants provide the
21 functionality to others. While there are a number of non-infringing alternatives to searching an
22 online catalog of products, thousands of retailers perform the claimed method and few eschew it
23 in favor of the non-infringing alternatives.

24 10. Guided parametric search as claimed in the '821 Patent was not offered by anyone
25 other than assignees and licensees of the '821 Patent at the time the patent application was
26 published. Mr. Arnett has testified that pioneers of the world wide web subscribed to the listserve
27 to which he and Mr. Rhine posted. "[S]o this was the community that was defining the
28 Worldwide Web standards in these days, and Tim [Berners-Lee] was our leader." Arnett

Deposition, 68:20-22 My own review of the archives confirms that luminaries such as Tim Berners-Lee, Dave Ragget, and Marc Andresson, all subscribed to this listserve. Nonetheless, it was not until after the October 14, 1994, priority date of the '821 patent that any third party introduced functionality akin to that claimed by the '821 patent.

11. Products by competitors to Saqqara and Kelora, such as Endeca, Fast Search and Transfer (FAST), GSI Commerce (now owned by eBay), and Magento, were not available until long after the first priority date of the '821 patent of October 14, 1994. Endeca was founded in 1999. FAST (acquired by Microsoft in 2008) was founded in 1997. Magento was founded in 2001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of October 2011, at Cupertino, California.

By: _____
Sherif Danish

300786350.3