# Exhibit 2

# To the Declaration of Thomas A. Gafford In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Thomas A. Gafford
July 27, 2011

Pursuant to FRCP 26(a)(2)(B), this is a list of all cases in which I have given testimony at trial (T), hearing (H) or at deposition (D) in the last four years.  All are Federal District Courts, date given is date of most recent testimony if known, or date of start of involvement in case.  I am the author of no publications within the last 10 years.

| date & type of test. | parties | client | case number | subject matter |
|---|---|---|---|---|
| 06/2011 (H) | Greatcall v. Dyna | Greatcall | AAA Arb. 73 494 00433 10 | Cell phone terminal and system design |
| 02/2011 (T) 11/2010 (D) | Acqis v. Appro et al. | Acqis | E. Dist of TX, Tyler Div. 6:09-cv-00148-LED | Blade Server system structure and control |
| 01/2011 (T) | Midtronics, Inc. et al. vs Aurora Performance Products LLC, etc., et al. | Midtronics | E. Div., N Dist. of IL 06-C-3917 | Control of battery testers |
| 03/2010 (D) | St. Clair v. FujiFilm | St. Clair | DISTRICT OF DELAWARE C.A. No. 08-373-JJF-LPS | Digital camera control and data recording formats |
| 03/2010 (D) | St. Clair v. HTC | St. Clair | DISTRICT OF DELAWARE C.A. No. 06-404-JJF-LPS | Digital camera control and data recording formats |
| 03/2010 (D) | St. Clair v. HTC, Hewlett Packard, Fujifilm, JVC, Panasonic, Kyocera, Nokia, Palm | St. Clair | DISTRICT OF DELAWARE C.A. No. 04-1436-JJS-LPS | Digital camera control and data recording formats |
| 03/2010 (D) | St. Clair v. Kyocera, Palm | St. Clair | DISTRICT OF DELAWARE C.A. No. 06-404-JJF-LPS | Digital camera control and data recording formats |
| 03/2010 (D) | St. Clair v. RIM | St. Clair | DISTRICT OF DELAWARE C.A. No. 08-371-JJF-LPS | Digital camera control and data recording formats |
| 02/2010 (D) | St. Clair v. Hewlett Packard | St. Clair | DISTRICT OF DELAWARE C.A. No. 04-1436-JJS-LPS | Digital camera control and data recording formats |
| 02/2010 (D) | St. Clair v. JVC, Panasonic | St. Clair | DISTRICT OF DELAWARE C.A. No. 04-1436-JJF-LPS | Digital camera control and data recording formats |
| 02/2010 (D) | St. Clair v. Nokia | St. Clair | DISTRICT OF DELAWARE C.A. No. 04-1436-JJF-LPS | Digital camera control and data recording formats |
| 10/2008 (D) | Positive v. LG Displays | Positive | Eastern Dist. Of TX, Marshall Div. 2:07-CV-67-TJW | Control of LCD displays |
| 12/2007 (D) | Kodak v. St. Clair | St. Clair | CA Sup. Ct., County of Santa Clara 1-05-CV-039164 | Digital camera control and data recording formats |