# Exhibit 3

# To the Declaration of Thomas A. Gafford In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

*eBay & Microsoft v. Kelora Systems, LLC*
*Kelora Systems, LLC v. Target Corporation, et al.*
*Cabela's v. Kelora Systems, LLC*
*Nebraska Furniture Mart v. Kelora Systems, LLC*

INDEX OF DOCUMENTS SENT TO
TOM GAFFORD

| BATES RANGE | DESCRIPTION |
| --- | --- |
| | 3/31/2011 – Pls MSJ of Invalidity & No Liability before 11/2/2010 |
| | 4/14/2011 – Def's Opposition to MSJ of Invalidity |
| | 4/14/2011 – Decl. of Hansen ISO Def's Opposition to MSJ |
| | 4/14/2011 – Decl. of Danish ISO Def's Opposition to MSJ with Exs. A & B |
| | 4/21/2011 – Pls. Reply to MSJ of Invalidity |
| | 4/21/2011 – Decl of Chandler ISO Reply to MSJ with Ex. 34 |
| | 4/21/2011 Order re Stipulation of Case Schedule |
| | 5/9/2011 Order granting in Part & Denying in Part re MSJ |
| | 5/12/2011 – Kelora's Disclosure of Asserted Claims & Infringement Contentions with Appendix A & B |
| | 5/31/2011 -  Order re Case Schedule |
| | 6/9/2011 -  Kelora's Infringement Contentions |
| | 6/9/2011 -  Appendix A-Q to Kelora's Infringement Contentions |
| | 6/28/2011 - Microsoft & eBay's Invalidity Contentions |
| | 8/8/2011 – Def's & DJ Pl's Invalidity Contentions |
| | 6275821 File History |
| | '821 Reexam Certificate |
| | 90009316 reexam file history |
| | U.S. Patent 6,275,821 ('821 Patent) |
| | |
| | |
| | 8/30/2011 Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement |
| | 8/30/2011 Appendix A to Joint Claim Construction |
| | 8/30/2011 Appendix B to Joint Claim Construction |
| | |
| PA-NAT-000001 - 6 | |
| PA-006325-6427.pdf | The Definitive Guides to the X Window Systems Vol. 3, X Window System User's Guide, OSF/Motif 1.2 Edition by V. Quercia and T. O'Reilly |
| PA-006428-6431.pdf | Microsoft Access Packaging |
| PA-006432-6435.pdf | Microsoft Software License Card for MS Access 1.0 |
| PA-006436-6441.pdf | Developing Applications in Microsoft Access |
| PA-006442-6445.pdf | Ad for The Magazine for Using Microsoft Access |

1

| BATES RANGE | DESCRIPTION |
|---|---|
| PA-006446.pdf | Doc: Read Before Installing Microsoft Access |
| PA-006447-6449.pdf | Microsoft Registration Card |
| PA-006450-6571.pdf | User's Guide for Microsoft Graph |
| PA-006572-6605.pdf | User's Guide for Microsoft Instant Access |
| PA-006606-6779.pdf | Introduction to Programming: Microsoft Access |
| PA-006780-6960.pdf | Getting Started: Microsoft Access |
| PA-006961-7506.pdf | Language Reference: Microsoft Access |
| PA-007507-8230.pdf | User's Guide for Microsoft Access |
| PA-008231-8243.pdf | Integrating Structured Databases Into the Web: the MORE System by Eichmann, McGregor and Danley |
| PA-008244-8256.pdf | GSQL – a Mosaic SQL gateway |
| PA-008257-8287.pdf | PC Magazine: Guide To Client/Server Databases |
| PA-005338 - 40.pdf | Source Code: AMPDB.H Version 1, Kris Kimbrough 4/17/92 |
| PA-005342.pdf | Help Unavailable |
| PA-000001- 362.pdf | File History for U.S. Patent 5,715,444 |
| PA-000363 – 620.pdf | File History for U.S. Patent 5,983,219 |
| PA-000621-824.pdf | File History for U.S. Patent 6,275,821 |
| PA-000825-1026.pdf | File History for U.S. Patent 8,327,588 |
| PA-001027 – 1050.pdf | U.S. Patent 4,775,935 |
| PA-001051 – 1059.pdf | U.S. Patent 4,792,849 |
| PA-001060 – 1070.pdf | U.S. Patent 4,821,211 |
| PA-001071 – 1098 | U.S. Patent 4,879,648 |
| PA-001099 – 1109 | U.S. Patent 4,905,094 |
| PA-001110 - 1129 | U.S. Patent 4,959,686 |
| PA-001130-1144 | U.S. Patent 5,065,347 |
| PA-001145 -1194 | U.S. Patent 5,122,972 |
| PA-001195-1425 | U.S. Patent 5,124,942 |
| PA-001426-1739 | U.S. Patent 5,187,797 |
| PA-001740-1776 | U.S. Patent 5,206,949 |
| PA-001777-1827 | U.S. Patent 5,208,665 |
| PA-001828-1863 | U.S. Patent 5,241,671 |
| PA-001864-1873 | U.S. Patent 5,263,174 |
| PA-001874-1895 | U.S. Patent 5,297,253 |
| PA-001896-1906 | U.S. Patent 5,319,542 |
| PA-001907-1925 | U.S. Patent 5,426,594 |
| PA-001926-1940 | U.S. Patent 5,544,360 |
| PA-001941-1996 | PCT No. PCT/US93/11151 |
| PA-001997 -2009 | Interface Design for An Interactive Information Retrieval Systems: A Literature Survey and a Research System Description |
| PA-002010-2024 | LIAS: Online Catalog at Penn State University |
| PA-002025-2044 | Cansearch: An Expert Systems Approach to Document Retrieval |

| BATES RANGE | DESCRIPTION |
|---|---|
| PA-002045-2063 | Plexus – The Expert System for Referral |
| PA-002064-2069 | Pictures and Category Labels as Navigational Aids for Catalog Browsing |
| PA-002070-2078 | Designing a Macintosh Interface to a Mainframe Database |
| PA-002079-2086 | A Library System for Information Retrieval Based on a Cognitive Task Analysis and Supported by An Icon-Based Interface |
| PA-002087-2105 | Express: An Experimental Interface for Factual Information Retrieval |
| PA-002106-2124 | Part II: Library of Congress Classification System |
| PA-002125-2131 | Advances in Classification Research: Proceedings of the 1st ASIS SIG/CR Classification Research Workshop |
| PA-002132-2142 | Advances in Classification Research: Proceedings of the 1st ASIS SIG/CR Classification Research Workshop |
| PA-002143-2150 | Intertwining Query Construction and Relevance Evaluation |
| PA-002151-2160 | retrieving Software Objects in an Example-Based Programming Environment |
| PA-002161-2168 | Software Reuse: Is it Delivering? |
| PA-002169-2172 | Kaleidoscope: A Cooperative Menu-Guided Query Interface (SQL Version) |
| PA-002173-2204 | Search Improvement via Automatic Query Reformulation |
| PA-002205-2221 | Advances in Classification Research Vol. 2 Proceedings of the 2nd ASIS SIG/CR Classification Research Workshop |
| PA-002222-2227 | Journal of Information Science: Query expansion: advances in research in outline catalogues |
| PA-002228-2232 | Japanese Patent 4-98519 |
| PA-002233-2240 | A 'Pile' Metaphor for supporting Casual Organization of Information |
| PA-002241-2252 | Scatter/Gather: A Cluster-based Approach to Browsing Large Document Collections |
| PA-002253-2261 | Hi Tech: A Special Issue on Artificial Intelligence, Knowledge Systems, and the Future Library |
| PA-002262-2293 | A Graphical Filter/Flow Representation of Boolean Queries: A Prototype Implementation and Evaluation |
| PA-002294-2302 | Japanese Patent No. 5-101101 |
| PA-002303-2545 | Case History for Application/Patent No. 02202481 |
| PA-002546-2785 | Patent Application to 08/323,186 |
| PA-002786-2798 | Japanese Patent Publication No. 5-101101 |
| PA-002799-2835 | U.S. Patent 5,206,949 |
| PA-002836-2931 | PCT WO 88/02147 |
| PA-002932-2939 | Brochure: AMP Electronic Application Design Systems |
| PA-002940-2945 | HELGON: Extending the Retrieval by Reformation Paradigm |
| PA-002946-2953 | Design of a Browsing Interface for Informational Retrieval |
| PA-002954-2972 | USC: A Component Library Management System and Browser |
| PA-002973-2979 | USC: PMoct: A Policy management tool for OCT based Design Systems for Multiple Domains |
| PA-002980-3116 | USC: PCB the EZFab System |

| BATES RANGE | DESCRIPTION |
|---|---|
| PA-003117-3127 | Cognitive Tools for Locating and Comprehending Software Objects for Reuse |
| PA-003128-3135 | Intertwining Query Construction and Relevance Evaluation |
| PA-003136-3145 | Retrieving Software Objects in an Example-Based Programming Environment |
| PA-003146-3343 | Doctoral Thesis of Scott Henninger: Locating Relevant Examples for Example-Based Software Design |
| PA-003344-3365 | WAIS Interface Protocol Prototype Functional Specification Ver. 1.5, April 23, 1990 |
| PA-003366-3367 | WWW-WAIS Gateway, Nov. 8. 1991 |
| PA-003368-3381 | RE:  Is there a paper which describes the www.protocol, Jan 9, 1992 |
| PA-003382-3384 | HyperText Transfer Protocol |
| PA-003385-3438 | The Whole Internet User's Guide & Catalog |
| PA-003439-3445 | Network Working Group: WAIS over Z39.50-1998 |
| PA-003446-3457 | Translation of Japanese Patent Application No. S62-155542, June 24, 1987 |
| PA-003458-3467 | Japanese Patent 64-1030 |
| PA-003468-3482 | U.S. Patent 5,544,360 |
| PA-003483 | Sept. 1, 1992 – Nisus Software Invoice, Page 4 |
| PA-003484 | Sept. 1, 1992 – Nisus Software Invoice, Page 6 |
| PA-003485 – PA-006323 | |
| | Def's Claim Construction Brief and Motion for Summary Judgment with Exhibits 1-42 |
| | Proposed Order to MSJ |
| | Declaration of Marc Ascolese with Exhibits A, 1-53 |
| | Declaration of Nick Arnett with Exhibits A-C |
| | Declaration of T. Chandler with Exhibits Q-S |
| | Declaration of David Leventhal with Exhibits 1-24 |
| | Appendix re Claim Construction and MSJ – 444 Prosecution History (Nos. 1-12) |
| | Appendix re Claim Construction and MSJ – 821 Prosecution History (Nos. 2,3,5,7) |
| | Appendix re Claim Construction and MSJ – Reexam Prosecution History with Exhibits 1-16 |
| | http://sillydog.org/narchive/full123.php re Netscape |
| | U.S. Patent 5,774,670 to Muntulli |
| | Deposition Transcript of Nick Arnett taken on September 26, 2011 |

| BATES RANGE | DESCRIPTION |
|---|---|
|  | internet retailer_march 2001_when searching is no longer enough_page 1.pdf<br>internet retailer_march 2001_when searching is no longer enough_page 2.pdf<br>internet retailer_march 2001_when searching is no longer enough_page 3.pdf |
|  | Declaration of Ray R. Larson ISO Def's Claim Construction and Motion for Summary Judgment with Exhibits A-C |
|  | Deposition Transcript of James Wu, taken on September 7, 2011, with Exhibits 1-14 |
| NFM 1242-1287 | Endeca Information Access Platform Concepts Guide |
| NFM 1570-1625 | Endeca Information Access Platform Getting Started Guide |
| NFM 1792-1827 | Endeca MDEX Engine Installation Guide |
|  | Decl of Chandler Exhibit Q – the source code to the AMP Navigator |
|  | Deposition Transcript of Ray Larson with exhibits 23-30 |
|  | Declaration of Kris Kimbrough ISO Kelora's Opposition to Def.'s Claim Construction and MSJ with Exhibit A |

300780375.1