1   MANATT, PHELPS & PHILLIPS, LLP
    ROBERT D. BECKER (Bar No. CA 160648)
2   E-mail:  rbecker@manatt.com
    RONALD S. KATZ (Bar No. CA 085713)
3   E-mail:  rkatz@manatt.com
    SHAWN G. HANSEN (Bar No. CA 197033)
4   E-mail:  shansen@manatt.com
    1001 Page Mill Road, Building 2
5   Palo Alto, CA  94304-1006
    Telephone:  (650) 812-1300
6   Facsimile:  (650) 213-0260

7

8   *Attorneys for*
    KELORA SYSTEMS, LLC

9

10              **IN THE UNITED STATES DISTRICT COURT**

11            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                      **OAKLAND DIVISION**

13

14   eBay Inc. and Microsoft Corporation,      )  No.  4:10-cv-4947-CW (filed Nov. 2, 2010)
                                               )
15       *Plaintiffs and Counterclaim-*        )
         *Defendants,*                         )  **DECLARATION OF BENJAMIN**
16                                             )  **KLEINMAN IN SUPPORT OF**
         v.                                    )  **KELORA'S OPPOSITION TO**
17                                             )  **DEFENDANTS' CLAIM**
     Kelora Systems, LLC,                      )  **CONSTRUCTION BRIEF AND MOTION**
18                                             )  **FOR SUMMARY JUDGMENT OF**
         *Defendant and Counterclaim-Plaintiff.*)  **INVALIDITY AND**
19                                             )  **NONINFRINGEMENT**
                                               )
20   _____  )
                                               )
21   Cabela's Inc.,                            )  No. 4:11-cv-1398-CW (filed Mar. 23, 2011)
                                               )  (related case)
22       *Plaintiff and Counterclaim-Defendant,*)
                                               )
23       v.                                    )
                                               )
24   Kelora Systems, LLC,                      )
                                               )
25       *Defendant and Counterclaim-Plaintiff.*)
     _____  )

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

                                    DECL. OF BENJAMIN KLEINMAN ISO
                                        KELORA'S MSJ OPPOSITION

Kelora Systems, LLC,

    *Plaintiff and Counterclaim-Defendant,*

    v.

Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc.,

    *Defendants and Counterclaim-Plaintiffs.*

OfficeMax Incorporated,

    *Third-Party Plaintiff,*

    v.

Adobe Systems Incorporated,

    *Third-Party Defendant.*

No. 4:11-cv-1548-CW (filed Nov. 8, 2010) (related case)

Nebraska Furniture Mart, Inc.,

    *Plaintiff and Counterclaim-Defendant,*

    v.

Kelora Systems, LLC,

    *Defendant and Counterclaim-Plaintiff.*

No. 4:11-cv-2284-CW (filed Feb. 3, 2011) (related case)

1    I, Benjamin Kleinman, declare as follows:

2    1.    I am an attorney with the law firm of Manatt, Phelps and Phillips, counsel for

3    Kelora Systems, LLC ("Kelora") in the above-captioned actions. The facts are true and correct,

4    within my own personal knowledge, including through my communications with my colleagues

5    and my review of materials in my role as counsel in these actions. If called upon to do so, I could

6    and would competently testify as to those facts.

7    2.    This declaration is submitted in support of Kelora's Opposition to Defendants'

8    Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-

9    Infringement.

10    3.    Attached as Exhibit A is a true and correct copy of a claim chart that is Appendix

11    A (Nebraska Furniture Mart) attached to Kelora's Disclosure of Asserted Claims and

12    Infringement Contentions served on June 9, 2011.

13    4.    Attached as Exhibit B is a true and correct copy of a claim chart that is Appendix

14    B (Cabela's) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

15    served on June 9, 2011.

16    5.    Attached as Exhibit C is a true and correct copy of a claim chart that is Appendix

17    C (Target Corporation) attached to Kelora's Disclosure of Asserted Claims and Infringement

18    Contentions served on June 9, 2011.

19    6.    Attached as Exhibit D is a true and correct copy of a claim chart that is Appendix

20    D (Office Max, Inc.) attached to Kelora's Disclosure of Asserted Claims and Infringement

21    Contentions served on June 9, 2011.

22    7.    Attached as Exhibit E is a true and correct copy of a claim chart that is Appendix

23    G (Rockler) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

24    served on June 9, 2011.

25    8.    Attached as Exhibit F is a true and correct copy of a claim chart that is Appendix

26    H (1-800-FLOWERS) attached to Kelora's Disclosure of Asserted Claims and Infringement

27    Contentions served on June 9, 2011.

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

DECL. OF BENJAMIN KLEINMAN ISO
KELORA'S MSJ OPPOSITION

1       9.     Attached as Exhibit G is a true and correct copy of a claim chart that is Appendix

2   K (Amazon.com) attached to Kelora's Disclosure of Asserted Claims and Infringement

3   Contentions served on June 9, 2011.

4       10.    Attached as Exhibit H is a true and correct copy of a claim chart that is Appendix

5   L (Dell, Inc.) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

6   served on June 9, 2011.

7       11.    Attached as Exhibit I is a true and correct copy of a claim chart that is Appendix M

8   (Office Depot) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

9   served on June 9, 2011.

10       12.    Attached as Exhibit J is a true and correct copy of a claim chart that is Appendix N

11   (Newegg) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

12   served on June 9, 2011.

13       13.    Attached as Exhibit K is a true and correct copy of a claim chart that is Appendix

14   O (Costco) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions

15   served on June 9, 2011.

16       14.    Attached as Exhibit L is a true and correct copy of a claim chart that is Appendix P

17   (HPDC) attached to Kelora's Disclosure of Asserted Claims and Infringement Contentions served

18   on June 9, 2011.

19       15.    Attached as Exhibit M is a true and correct copy of a claim chart that is Appendix

20   Q (CircuitCity.com) attached to Kelora's Disclosure of Asserted Claims and Infringement

21   Contentions served on June 9, 2011.

22       16.    Attached as Exhibit N are true and correct excerpts of the deposition transcript of

23   Nicholas Arnett as taken on September 26, 2011.

24       17.    Attached as Exhibit O are true and correct excerpts of the deposition transcripts of

25   Sherif Danish as taken on January 20, 2009 in *PartsRiver, Inc. v. Shopzilla, Inc., et al.*, USDC,

26   EDTX, Case No. 2-07-cv-440-DF.

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

DECL. OF BENJAMIN KLEINMAN ISO
KELORA'S MSJ OPPOSITION

1    18.    Attached as Exhibit P are true and correct excerpts of the deposition transcripts of

2  Sherif Danish as taken on January 21, 2009 in *PartsRiver, Inc. v. Shopzilla, Inc., et al.*, USDC,

3  EDTX, Case No. 2-07-cv-440-DF.

4

5    I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7    Executed this 11th day of October 2011, at Palo Alto, California.

8

9

10    By: _____

                    Benjamin Kleinman

11

12

13

14

15
   300801802.1
16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO
                          5             DECL. OF BENJAMIN KLEINMAN ISO
                                        KELORA'S MSJ OPPOSITION