# Exhibit A

# To The Declaration of Benjamin Kleinman In Support of Kelora Systems, LLC's Opposition to Defendants' Claim Construction Brief and Motion For Summary Judgment of Invalidity and Non-Infringement

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

I. **ACCUSED INSTRUMENTALITY: NFM.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.  A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Nebraska Furniture Mart performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Nebraska Furniture Mart servers that are connected to clients over the Internet at www.nfm.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including furniture, appliances, and electronics, among others.<br><br>[screenshot of www.nfm.com homepage] |
| (a)    providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Nebraska Furniture Mart provides via www.nfm.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Bars.  See http://www.nfm.com/default.aspx?N=1828, reachable from www.nfm.com by selecting "Furniture" and then "Bars". |
| (b)    reading said data file, | Nebraska Furniture Mart reads the data file.<br><br>For example, it does so in the process of serving the page listing Bars at http://www.nfm.com/default.aspx?N=1828. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family, | Nebraska Furniture Mart displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Nebraska Furniture Mart displays a feature screen indicating alternatives represented in the family of Bars at http://www.nfm.com/default.aspx?N=1828.  Along the left side of the page is a column listing available alternatives, including 3 alternatives for Construction, 7 for Finish, and 5 for Style, among other alternatives.<br><br> |

Page 2 of 13

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (d) accepting a first selection criteria of at least one alternative, | Nebraska Furniture Mart accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Silver" alternative under the heading "Finish" is accepted by Nebraska Furniture Mart at www.nfm.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Nebraska Furniture Mart determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Nebraska Furniture Mart determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Silver" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Nebraska Furniture Mart determines available alternatives represented in the first subfamily.<br><br>For example, Nebraska Furniture Mart determines available alternatives in the first subfamily of Bars satisfying the first selection criteria corresponding to the "Silver" alternative. The results of the determination are used in step (g), below. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (g) revising said feature screen to indicate the available alternatives of the first subfamily, | Nebraska Furniture Mart revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Nebraska Furniture Mart revises the feature screen to indicate the available alternatives of the first subfamily of Bars, as reflected in the below screenshot of http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978&sid=1306BA3A5C50. The feature screen has been revised. For example, there are now 4 alternatives under Brand and 2 alternatives under Style.<br><br> |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (h) accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Nebraska Furniture Mart accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Contemporary" alternative under the "Style" heading and the "Silver" alternative of the first selection criteria is accepted by Nebraska Furniture Mart at www.nfm.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Contemporary" segment (highlighted in yellow), plus a "Silver" segment (highlighted in Green):<br><br>http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978+4294962169&sid=1306BA3A5C50 |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Nebraska Furniture Mart determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Nebraska Furniture Mart determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Silver" and "Contemporary" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | Nebraska Furniture Mart determines available alternatives represented in the second subfamily.<br><br>For example, Nebraska Furniture Mart determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said feature screen to indicate the available alternatives of the second subfamily. | Nebraska Furniture Mart revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Nebraska Furniture Mart revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978+4294962169&sid=1306BA3A5C50. The feature screen has been revised. For example, there are only 3 available alternatives for "Brand".<br><br> |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2. The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Nebraska Furniture Mart performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Brand" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Nebraska Furniture Mart displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Nebraska Furniture Mart displays a grouping including the "Brand" feature visually related to the alternatives for that feature, such as "Adesso" and other alternatives. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9. A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Nebraska Furniture Mart performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Nebraska Furniture Mart servers that are accessible over the Internet at www.nfm.com perform the method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including furniture, appliances, and electronics, among others.<br><br>[screenshot of www.nfm.com homepage] |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Nebraska Furniture Mart provides via www.nfm.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Bars. See http://www.nfm.com/default.aspx?N=1828, reachable from www.nfm.com by selecting "Furniture" and then "Bars". |
| (b) reading said data file, | Nebraska Furniture Mart reads the data file.<br><br>For example, it does so in the process of serving the page listing Bars at http://www.nfm.com/default.aspx?N=1828. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Nebraska Furniture Mart displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Nebraska Furniture Mart displays a feature screen indicating alternatives represented in the family of Bars at http://www.nfm.com/default.aspx?N=1828. In so doing, it outputs, via the internet, to a client computer, data. Along the left side of the page is a column listing available alternatives, including 3 alternatives for Construction, 7 for Finish, and 5 for Style, among other alternatives. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (d) receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Nebraska Furniture Mart receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "Silver" alternative under the heading "Finish" is received and accepted by Nebraska Furniture Mart at www.nfm.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Nebraska Furniture Mart determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Nebraska Furniture Mart determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Silver" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Nebraska Furniture Mart determines available alternatives represented in the first subfamily.<br><br>For example, Nebraska Furniture Mart determines available alternatives in the first subfamily of Bars satisfying the first selection criteria corresponding to the "Silver" alternative. The results of the determination are used in step (g), below. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (g) revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Nebraska Furniture Mart revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Nebraska Furniture Mart revises the data for the feature screen to indicate the available alternatives of the first subfamily of Bars and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978&sid=1306BA3A5C50. The data for the feature screen has been revised. For example, there are now 4 alternatives under Brand and 2 alternatives under Style. |

Page 11 of 13

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (h) receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Nebraska Furniture Mart receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Contemporary" alternative under the "Style" heading and the "Silver" alternative of the first selection criteria is received and accepted by Nebraska Furniture Mart at www.nfm.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "Contemporary" segment (highlighted in yellow), plus a "Silver" segment (highlighted in Green):<br><br>http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978+4294962169&sid=1306BA3A5C50 |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Nebraska Furniture Mart determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Nebraska Furniture Mart determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Silver" and "Contemporary" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | Nebraska Furniture Mart determines available alternatives represented in the second subfamily.<br><br>For example, Nebraska Furniture Mart determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix A to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Nebraska Furniture Mart

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Nebraska Furniture Mart revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Nebraska Furniture Mart revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.nfm.com/default.aspx?Ne=1828&N=1828+4294961978+4294962169&sid=1306BA3A5C50. The data has been revised. For example, there are only 3 available alternatives for "Brand". The data is output to the client computer via the Internet. |