# Exhibit C

# To The Declaration of Benjamin Kleinman In Support of Kelora Systems, LLC's Opposition to Defendants' Claim Construction Brief and Motion For Summary Judgment of Invalidity and Non-Infringement

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

I. **ACCUSED INSTRUMENTALITY: TARGET.COM**

| Claim | Accused Instrumentality |
|---|---|
| **Claim 1** | |
| 1. A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Target performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Target servers that are connected to clients over the Internet at target.com perform this method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including: Furniture, Electronics, and Swimwear, among others. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Target provides via www.target.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Digital Cameras.  See www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011, reachable from by selecting Electronics, Digital Cameras + Camcorders, then Digital Cameras. |
| (b) reading said data file, | Target reads the data file.<br><br>For example, it does so in the process of serving the page listing Digital Cameras at www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family, | Target displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Target displays a feature screen indicating alternatives represented in the family of Digital Cameras at www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011. Along the left side of the screen is a column listing available alternatives, including 8 available Category alternatives, 8 alternatives for Price, and 4 alternatives for Megapixels.<br><br> |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (d) accepting a first selection criteria of at least one alternative, | Target accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Canon" alternative under the heading "Brand" is accepted by Target at www.target.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Target determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Target determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Canon" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Target determines available alternatives represented in the first subfamily.<br><br>For example, Target determines available alternatives in the first subfamily of "Digital Cameras" satisfying the first selection criteria corresponding to the "Canon" alternative. The results of the determination are used in step (g), below. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (g)     revising said feature screen to indicate the available alternatives of the first subfamily, | Target revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Target revises the feature screen to indicate the available alternatives of the first subfamily of "Digital Cameras", as reflected in the below screenshot of www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false. The feature screen has been revised.  For example, a number of previously available alternatives under Category, Price, and Megapixels are no longer available.<br><br> |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (h) accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Target accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Digital SLR Cameras" alternative under the "Category" heading and the "Canon" alternative of the first selection criteria is accepted by Target at www.target.com. This second selection criteria is used in step (i), below. This second-selection criteria is reflected in the URL below, which includes a "Canon" segment (highlighted in yellow), plus a "Digital SLR Cameras" segment (highlighted in Green):<br><br>www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%257Ctarget_com_category-bin%253ADigital%2520SLR%2520Cameras%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Target determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Target determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Canon" and "Digital SLR Cameras" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | Target determines available alternatives represented in the second subfamily.<br><br>For example, Target determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said feature screen to indicate the available alternatives of the second subfamily. | Target revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Target revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%257Ctarget_com_category-bin%253ADigital%2520SLR%2520Cameras%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false. The feature screen has been revised. For example, previously available alternatives for "Price" and "Category" are no longer available.<br><br> |

Page 7 of 14

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2. The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Target performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families (and subfamilies) illustrated above includes a "Category" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Target displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Target displays a grouping including the "Category" feature visually related to the respective alternatives for that feature, such as "Action Camera", "3D Point + Shoot Digital Camera", "Advanced Point + Shoot Digital Camera", and other alternatives. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9. A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Target performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Target servers that are accessible over the Internet at www.target.com perform this method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including: Furniture, Electronics, and Swimwear, among others. |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Target provides via www.target.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Digital Cameras. See www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011, reachable from by selecting Electronics, Digital Cameras + Camcorders, then Digital Cameras. |
| (b) reading said data file, | Target reads the data file.<br><br>For example, it does so in the process of serving the page listing Digital Cameras at www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Target displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Target displays a feature screen indicating alternatives represented in the family of Digital Cameras at www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011. In so doing, it outputs, via the internet, to a client computer, data. Along the left side of the screen is a column listing available alternatives, including 8 available Category alternatives, 8 alternatives for Price, and 4 alternatives for Megapixels, among other alternatives. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (d) receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Target receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a selection criteria corresponding to the "Canon" alternative under the heading "Brand" is received and accepted by Target at www.target.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Target determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Target determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Canon" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Target determines available alternatives represented in the first subfamily.<br><br>For example, Target determines available alternatives in the first subfamily of "Digital Cameras" satisfying the first selection criteria corresponding to the "Canon" alternative. The results of the determination are used in step (g), below. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (g) revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Target revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Target revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Digital Cameras" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false. The data for the feature screen has been revised. For example, a number of previously available alternatives under Category, Price, and Megapixels are no longer available. The data is output to the client computer via the Internet. |

Page 12 of 14

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (h) receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Target receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Digital SLR Cameras" alternative under the "Category" heading and the "Canon" alternative of the first selection criteria is received and accepted by Target at www.target.com. This second selection criteria is used in step (i), below. This second-selection criteria is reflected in the URL below, which includes a "Canon" segment (highlighted in yellow), plus a "Digital SLR Cameras" segment (highlighted in Green):<br><br>www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%257Ctarget_com_category-bin%253ADigital%2520SLR%2520Cameras%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Target determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Target determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Canon" and "Digital SLR Cameras" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | Target determines available alternatives represented in the second subfamily.<br><br>For example, Target determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix C to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Target

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Target revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Target revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of www.target.com/Digital-Cameras-Camcorders-Electronics/b/160213011/ref=sc_fe_l_5_1042096_4?node=160213011#/abn?url=%2Fb.json%3Fie%3DUTF8%26node%3D160213011%26searchNodeID%3D160213011%26rh%3Dproduct_site_launch_date%253A-0a%257Claunch-date%253A-1y%257Cavailability%253A-2%257Ctarget_com_brand-bin%253ACanon%257Ctarget_com_category-bin%253ADigital%2520SLR%2520Cameras%26releaseID%3D%26searchView%3Dlist%26searchRank%3Dsalesrank%26searchSize%3D30&clear=false. The data has been revised. For example, previously available alternatives for "Price" and "Category" are no longer available. The data is output to the client computer via the Internet. |

300257730.1

Page 14 of 14