# Exhibit E

# To The Declaration of Benjamin Kleinman In Support of Kelora Systems, LLC's Opposition to Defendants' Claim Construction Brief and Motion For Summary Judgment of Invalidity and Non-Infringement

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

**I.     ACCUSED INSTRUMENTALITY: ROCKLER.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.     A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Rockler servers that are connected to clients over the Internet at www.rockler.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including power tools, hand tools, and hardware, among others.<br><br> |
| (a)     providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.rockler.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Knobs and Pulls.  See http://www.rockler.com/c/hinges.cfm, reachable from www.rockler.com by selecting "Hardware" and then "Knobs and Pulls". |
| (b)     reading said data file, | Rockler reads the data file.<br><br>For example, it does so in the process of serving the page listing Knobs and Pulls at http://www.rockler.com/c/knobs-pulls.cfm. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (c)      displaying a feature screen indicating said alternatives represented in the family, | Rockler displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Rockler displays a feature screen indicating alternatives represented in the family of Knobs and Pulls at http://www.rockler.com/c/knobs-pulls.cfm.  Along the left side of the page is a column listing available alternatives, including 5 alternatives for Price Range, 10 for Brand, and 16 for Knob Shape, among other alternatives.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (d)  accepting a first selection criteria of at least one alternative, | Rockler accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Classic Hardware" alternative under the heading "Brand" is accepted by Rockler at www.rockler.com.  The selection criteria is used in step (e), below. |
| (e)  determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Classic Hardware" alternative. |
| (f)  determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>For example, Rockler determines available alternatives in the first subfamily of Knob Pulls satisfying the first selection criteria corresponding to the "Classic Hardware" alternative.  The results of the determination are used in step (g), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (g)    revising said feature screen to indicate the available alternatives of the first subfamily, | Rockler revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Rockler revises the feature screen to indicate the available alternatives of the first subfamily of Knob Pulls, as reflected in the below screenshot of http://www.rockler.com/search_results.cfm?r=Brand&c=Century%20Hardware&fp=All+Products%2F%2F%2FHardware%2F%2F%2FKnobs+and+Pulls.  The feature screen has been revised.  For example, there are now 10 alternatives under Knob Shape.<br><br> |
| (h)    accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of | Rockler accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Recessed" alternative under the "Knob Shape" heading and the "Classic Hardware" alternative of the first selection criteria is accepted by Rockler at www.rockler.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Recessed" |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | segment (highlighted in yellow), plus a "Classic Hardware" segment (highlighted in Green):<br><br>http://www.rockler.com/search_results.cfm?r=Knob%20Shape&c=Recessed&ResultsPerPage=5&fp=All+Products%2F%2F2F%2FHardware%2F%2F%2FKnobs+and+Pulls%2F%2F%2FAttribSelect%3DBrand%3D%27Classic+Hardware%27 |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Recessed" and "Classic Hardware" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>For example, Rockler determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Rockler revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Rockler revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.rockler.com/search_results.cfm?r=Knob%20Shape&c=Recessed&ResultsPerPage=5&fp=All+Products%2F%2F%2F%2FHardware%2F%2F%2F%2FKnobs+and+Pulls%2F%2F%2F%2FAttribSelect%3DBrand%3D%27Classic+Hardware%27. The feature screen has been revised.  For example, there are fewer available alternatives for "Knob Color".<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2.      The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Rockler performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Knob Color" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Rockler displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Rockler displays a grouping including the "Knob Color" feature visually related to the alternatives for that feature, such as "Brown" and other alternatives. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 4 | |
| 4. The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | Rockler performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>For example, Rockler hides from view the grouping including the "Featured Items" feature, which is visible on http://www.rockler.com/c/knobs-pulls.cfm, as shown above, and hidden from view after the first selection criteria above is accepted, as can be seen in the screenshot, above, of http://www.rockler.com/search_results.cfm?r=Brand&c=Classic%20Hardware&fp=All+Products%2F%2F%2F%2FHardware%2F%2F%2F%2FKnobs+and+Pulls. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9.      A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Rockler servers that are accessible over the Internet at www.rockler.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including power tools, hand tools, and hardware, among others.<br><br> |
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.rockler.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Knobs and Pulls.  See http://www.rockler.com/c/hinges.cfm, reachable from www.rockler.com by selecting "Hardware" and then "Knobs and Pulls". |
| (b)      reading said data file, | Rockler reads the data file.<br><br>For example, it does so in the process of serving the page listing Knobs and Pulls at http://www.rockler.com/c/knobs-pulls.cfm. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (c)     displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Rockler displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Rockler displays a feature screen indicating alternatives represented in the family of Knobs and Pulls at http://www.rockler.com/c/knobs-pulls.cfm.  In so doing, it outputs, via the internet, to a client computer, data.  Along the left side of the page is a column listing available alternatives, including 5 alternatives for Price Range, 10 for Brand, and 16 for Knob Shape, among other alternatives.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (d)      receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Rockler receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "Classic Hardware" alternative under the heading "Brand" is received and accepted by Rockler at www.rockler.com.  The selection criteria is used in step (e), below. |
| (e)      determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Classic Hardware" alternative. |
| (f)      determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>For example, Rockler determines available alternatives in the first subfamily of Knob Pulls satisfying the first selection criteria corresponding to the "Classic Hardware" alternative.  The results of the determination are used in step (g), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (g)　　revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Rockler revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Rockler revises the data for the feature screen to indicate the available alternatives of the first subfamily of Knob Pulls and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.rockler.com/search_results.cfm?r=Brand&c=Century%20Hardware&fp=All+Products%2F%2F%2FHardware%2F%2F%2FKnobs+and+Pulls.  The data for the feature screen has been revised.  For example, there are now 10 alternatives under Knob Shape.<br><br> |
| (h)　　receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client | Rockler receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Recessed" alternative under the "Knob Shape" heading and the "Classic Hardware" alternative of the first selection criteria is received and accepted by Rockler at www.rockler.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | "Recessed" segment (highlighted in yellow), plus a "Classic Hardware" segment (highlighted in Green):<br><br>http://www.rockler.com/search_results.cfm?r=<mark>Knob%20Shape&c=Recessed</mark>&ResultsPerPage=5&fp=All+Products%2F%2F2 F%2FHardware%2F%2F%2FKnobs+and+Pulls%2F%2F%2FAttribSelect%3D<mark style="background:lime">Brand%3D%27Classic+Hardware%27</mark> |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Recessed" and "Classic Hardware" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>For example, Rockler determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (k)        revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Rockler revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Rockler revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.rockler.com/search_results.cfm?r=Knob%20Shape&c=Recessed&ResultsPerPage=5&fp=All+Products%2F%2F%2FHardware%2F%2F%2F%2FKnobs+and+Pulls%2F%2F%2F%2FAttribSelect%3DBrand%3D%27Classic+Hardware%27. The data has been revised.  For example, there are even fewer available alternatives for "Knob Color".  The data is output to the client computer via the Internet.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

## II.     ACCUSED INSTRUMENTALITY: WOMENINWOODWORKING.COM

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.        A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Rockler servers that are connected to clients over the Internet at www.womeninwoodworking.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including power tools, hand tools, and hardware, among others.<br><br><br><br>At www.womeninwoodworking.com, Rockler provides an interface to rockler.com, as can be seen in the screenshot blow, reached by selecting "Shopping" from www.womeninwoodworking.com.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (a)       providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.womeninwoodworking.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (b)       reading said data file, | Rockler reads the data file.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (c)       displaying a feature screen indicating said alternatives represented in the family, | Rockler displays a feature screen indicating the alternatives represented in the family.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (d)       accepting a first selection criteria of at least one alternative, | Rockler accepts a first selection criteria of at least one alternative.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (e)       determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (f)       determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (g)       revising said feature screen to indicate the available alternatives of the first subfamily, | Rockler revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (h)       accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Rockler accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (j) determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (k) revising said feature screen to indicate the available alternatives of the second subfamily. | Rockler revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2.       The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Rockler performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>See the analysis for the rockler.com instrumentality, above. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Rockler displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 4 | |
| 4.      The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | Rockler performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|-------|------------------------|
| Claim 9 | |
| 9.    A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Rockler servers that are accessible over the Internet at www.womeninwoodworking.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including power tools, hand tools, and hardware, among others.<br><br><br><br>At womeninwoodworking.com, Rockler provides an interface to rockler.com, as can be seen in the screenshot blow, reached by selecting "Shopping" from womeninwoodworking.com.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.womeninwoodworking.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (b)      reading said data file, | Rockler reads the data file.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (c)      displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Rockler displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (d)      receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Rockler receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (e)      determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (f)      determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (g)      revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Rockler revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (h)      receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Rockler receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (j)      determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>See the analysis for the rockler.com instrumentality, above. |
| (k)      revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Rockler revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>See the analysis for the rockler.com instrumentality, above. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

**III.    ACCUSED INSTRUMENTALITY: ROUTERMANIA.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.    A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Rockler servers that are connected to clients over the Internet at www.routermania.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including bits and accessories, among others.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.routermania.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Router Bits.  See http://www.routermania.com/CategoryView.cfm?Cat_ID=271, reachable from routermania.com by selecting "Router Bits". |
| (b)      reading said data file, | Rockler reads the data file.<br><br>For example, it does so in the process of serving the page listing Router Bits at http://www.routermania.com/CategoryView.cfm?Cat_ID=271. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (c)  displaying a feature screen indicating said alternatives represented in the family, | Rockler displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Rockler displays a feature screen indicating alternatives represented in the family of Router Bits at http://www.routermania.com/CategoryView.cfm?Cat_ID=271.  Along the center and left side of the page are listings of available alternatives, including 6 alternatives for Brand and 2 alternatives for "Features", among other alternatives.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (d)    accepting a first selection criteria of at least one alternative, | Rockler accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Molding" alternative under the heading "Category" is accepted by Rockler at www.routermania.com.  The selection criteria is used in step (e), below. |
| (e)    determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Molding" alternative. |
| (f)    determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>For example, Rockler determines available alternatives in the first subfamily of Router Bits satisfying the first selection criteria corresponding to the "Molding" alternative.  The results of the determination are used in step (g), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (g)      revising said feature screen to indicate the available alternatives of the first subfamily, | Rockler revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Rockler revises the feature screen to indicate the available alternatives of the first subfamily of Router Bits, as reflected in the below screenshot of http://www.routermania.com/CategoryView.cfm?Cat_ID=2483.  The feature screen has been revised.  For example, there are now 2 available alternatives under Brand.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (h)      accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Rockler accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Ball Bearing" alternative under the "Features" heading and the "Molding" alternative of the first selection criteria is accepted by Rockler at www.routermania.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Ball Bearing" segment (highlighted in yellow), plus a "Molding" segment (highlighted in Green):<br><br>http://www.routermania.com/search_results.cfm?r=Features&c=Ball%20Bearing&ResultsPerPage=6&fp=All+Products%2F%2F%2F%2FPower+Tools+and+Shop+Accessories%2F%2F%2FRouters+and+Accessories%2F%2F%2FRouter+Bits%2F%2F%2FMolding+Router+Bits |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Ball Bearing" and "Molding" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>For example, Rockler determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Rockler revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Rockler revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.routermania.com/search_results.cfm?r=Features&c=Ball%20Bearing&ResultsPerPage=6&fp=All+Products%2F%2F%2F%2FPower+Tools+and+Shop+Accessories%2F%2F%2F%2FRouters+and+Accessories%2F%2F%2F%2FRouter+Bits%2F%2F%2F%2FMolding+Router+Bits.  The feature screen has been revised.  For example, there is now 1 available alternative for "Brand".<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2.      The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Rockler performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Brand" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Rockler displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Rockler displays a grouping including the "Brand" feature visually related to the alternatives for that feature, such as "Freud" and other alternatives. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|-------|------------------------|
| Claim 4 | |
| 4.      The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | Rockler performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>For example, Rockler hides from view the grouping including the "Featured Items" feature, which is visible on http://www.routermania.com/CategoryView.cfm?Cat_ID=271, as shown above, and hidden from view after the first selection criteria above is accepted, as can be seen in the screenshot, above, of http://www.routermania.com/CategoryView.cfm?Cat_ID=2483. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9.  A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Rockler performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Rockler servers that are accessible over the Internet at www.routermania.com perform the method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including bits and accessories, among others.<br><br> |
| (a)  providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Rockler provides via www.routermania.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Router Bits.  See http://www.routermania.com/c/hinges.cfm, reachable from www.routermania.com by selecting "Hardware" and then "Router Bits". |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (b)    reading said data file, | Rockler reads the data file.<br><br>For example, it does so in the process of serving the page listing Router Bits at http://www.routermania.com/CategoryView.cfm?Cat_ID=271. |
| (c)    displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Rockler displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Rockler displays a feature screen indicating alternatives represented in the family of Knobs and Pulls at http://www.routermania.com/CategoryView.cfm?Cat_ID=271.  In so doing, it outputs, via the internet, to a client computer, data.  Along the center and left side of the page are listings of available alternatives, including 6 alternatives for Brand and 2 alternatives for "Features", among other alternatives.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (d)    receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Rockler receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "Molding" alternative under the heading "Category" is received and accepted by Rockler at www.routermania.com.  The selection criteria is used in step (e), below. |
| (e)    determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Rockler determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Molding" alternative. |
| (f)    determining available alternatives represented in the first subfamily, | Rockler determines available alternatives represented in the first subfamily.<br><br>For example, Rockler determines available alternatives in the first subfamily of Router Bits satisfying the first selection criteria corresponding to the "Molding" alternative.  The results of the determination are used in step (g), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (g)      revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Rockler revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Rockler revises the data for the feature screen to indicate the available alternatives of the first subfamily of Router Bits and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.routermania.com/CategoryView.cfm?Cat_ID=2483.  The data for the feature screen has been revised.  For example, there are now 2 available alternatives under Brand.<br><br> |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (h)       receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Rockler receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Ball Bearing" alternative under the "Features" heading and the "Molding" alternative of the first selection criteria is received and accepted by Rockler at www.routermania.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Ball Bearing" segment (highlighted in yellow), plus a "Molding" segment (highlighted in Green):<br><br>http://www.routermania.com/search_results.cfm?r=Features&==c=Ball%20Bearing==&ResultsPerPage=6&fp=All+Products%2F%2F%2F%2FPower+Tools+and+Shop+Accessories%2F%2F%2F%2FRouters+and+Accessories%2F%2F%2F%2FRouter+Bits%2F%2F%2F%2FMolding+Router+Bits |
| (i)       determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Rockler determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Ball Bearing" and "Molding" alternatives. |
| (j)       determining available alternatives represented in the second subfamily, and | Rockler determines available alternatives represented in the second subfamily.<br><br>For example, Rockler determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix G to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Rockler

| Claim | Accused Instrumentality |
|---|---|
| (k)        revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Rockler revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Rockler revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.routermania.com/search_results.cfm?r=Features&c=Ball%20Bearing&ResultsPerPage=6&fp=All+Products%2F%2F%2F%2FPower+Tools+and+Shop+Accessories%2F%2F%2F%2FRouters+and+Accessories%2F%2F%2F%2FRouter+Bits%2F%2F%2F%2FMolding+Router+Bits.  The data has been revised.  For example, there is now 1 available alternative for "Brand". The data is output to the client computer via the Internet.<br><br> |

300263711.1