# Exhibit F

# To The Declaration of Benjamin Kleinman In Support of Kelora Systems, LLC's Opposition to Defendants' Claim Construction Brief and Motion For Summary Judgment of Invalidity and Non-Infringement

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

I. **ACCUSED INSTRUMENTALITY: 1800FLOWERS.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1. A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | 1-800-Flowers performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, 1-800-Flowers servers that are connected to clients over the Internet at 1800flowers.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including flowers, plants, and gift baskets, among others. |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | 1-800-Flowers provides via 1800flowers.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Baskets.  See 1800flowers.com/search.do?keyword=baskets&x=0&y=0, reachable from 1800flowers.com by searching for "baskets". |
| (b) reading said data file, | 1-800-Flowers reads the data file.<br><br>For example, it does so in the process of serving the page listing Baskets at 1800flowers.com/search.do?keyword=baskets&x=0&y=0. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family, | 1-800-Flowers displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, 1-800-Flowers displays a feature screen indicating alternatives represented in the family of Baskets at 1800flowers.com/search.do?keyword=baskets&x=0&y=0.  Along the left side of the page is a column listing available alternatives, including 4 alternatives for Price, 4 for Brands, and 7 for Color, among other alternatives.<br><br>[screenshot of 1800flowers.com search results page showing "NARROW BY" categories including FOOD GIFTS, SAME-DAY DELIVERY, PRICE, BRANDS, COLOR, and OCCASIONS, alongside gift basket product images] |
| (d) accepting a first selection criteria of at least one alternative, | 1-800-Flowers accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "I'm Sorry" alternative under the heading "Occasions" is accepted by 1-800-Flowers at 1800flowers.com.  The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | 1-800-Flowers determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, 1-800-Flowers determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "I'm Sorry" alternative. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (f) determining available alternatives represented in the first subfamily, | 1-800-Flowers determines available alternatives represented in the first subfamily.<br><br>For example, 1-800-Flowers determines available alternatives in the first subfamily of Baskets satisfying the first selection criteria corresponding to the "I'm Sorry" alternative. The results of the determination are used in step (g), below. |
| (g) revising said feature screen to indicate the available alternatives of the first subfamily, | 1-800-Flowers revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, 1-800-Flowers revises the feature screen to indicate the available alternatives of the first subfamily of Baskets, as reflected in the below screenshot of 1800flowers.com/search.do?curSelectedRefineDS=I%60m+Sorry&refineGroupId=1002&refineDsId=10867&pageObjId=10867&page=1&crossrefine=1002%4010867!I%60m+Sorry&keyword=baskets&sorter=&sorter=. The feature screen has been revised. For example, there are now 6 alternatives under Color and 1 alternative under Brands. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (h) accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | 1-800-Flowers accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Pink" alternative under the "Color" heading and the "I'm Sorry" alternative of the first selection criteria is accepted by 1-800-Flowers at 1800flowers.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "Pink" segment (highlighted in yellow), plus a "I'm Sorry" segment (highlighted in Green):<br><br>1800flowers.com/search.do?curSelectedRefineDS=Pink&selectedRefineDSs=I%60m+Sorry&refineGroupId=10049&refineDsId=1023&pageObjId=1023&page=1&crossrefine=10049%401023!Pink&crossrefine=1002%4010867!I%60m+Sorry&keyword=baskets&sorter=&sorter= |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | 1-800-Flowers determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, 1-800-Flowers determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Pink" and "I'm Sorry" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | 1-800-Flowers determines available alternatives represented in the second subfamily.<br><br>For example, 1-800-Flowers determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (k)    revising said feature screen to indicate the available alternatives of the second subfamily. | 1-800-Flowers revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, 1-800-Flowers revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of 1800flowers.com/search.do?curSelectedRefineDS=Pink&selectedRefineDSs=I%60m+Sorry&refineGroupId=10049&refineDsId=1023&pageObjId=1023&page=1&crossrefine=10049%401023!Pink&crossrefine=1002%4010867!I%60m+Sorry&keyword=baskets&sorter=&sorter=.  The feature screen has been revised.  For example, there are fewer available alternatives for "Price". |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| **Claim 2** | |
| 2. The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | 1-800-Flowers performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Price" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | 1-800-Flowers displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, 1-800-Flowers displays a grouping including the "Price" feature visually related to the alternatives for that feature, such as "$30 to $50" and other alternatives. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| Claim 4 | |
| 4.      The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | 1-800-Flowers performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>For example, 1-800-Flowers hides from view the grouping including the "Brands" feature, which is visible on 1800flowers.com/search.do?curSelectedRefineDS=l%60m+Sorry&refineGroupId=1002&refineDsId=10867&pageObjId=10867&page=1&crossrefine=1002%4010867!l%60m+Sorry&keyword=baskets&sorter=&sorter=, as shown above, and hidden from view after the second selection criteria above is accepted, as can be seen in the screenshot, above, of 1800flowers.com/search.do?curSelectedRefineDS=Pink&selectedRefineDSs=l%60m+Sorry&refineGroupId=10049&refineDsId=1023&pageObjId=1023&page=1&crossrefine=10049%401023!Pink&crossrefine=1002%4010867!l%60m+Sorry&keyword=baskets&sorter=&sorter=. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| **Claim 9** | |
| 9. A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | 1-800-Flowers performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, 1-800-Flowers servers that are accessible over the Internet at 1800flowers.com perform the method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including flowers, plants, and gift baskets, among others. |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | 1-800-Flowers provides via 1800flowers.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Baskets. See 1800flowers.com/search.do?keyword=baskets&x=0&y=0, reachable from 1800flowers.com by searching for "baskets". |
| (b) reading said data file, | 1-800-Flowers reads the data file.<br><br>For example, it does so in the process of serving the page listing Baskets at 1800flowers.com/search.do?keyword=baskets&x=0&y=0. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | 1-800-Flowers displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, 1-800-Flowers displays a feature screen indicating alternatives represented in the family of Baskets at 1800flowers.com/search.do?keyword=baskets&x=0&y=0. In so doing, it outputs, via the internet, to a client computer, data. Along the left side of the page is a column listing available alternatives, including 4 alternatives for Price, 4 for Brands, and 7 for Color, among other alternatives. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (d) receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | 1-800-Flowers receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "I'm Sorry" alternative under the heading "Occasions" is received and accepted by 1-800-Flowers at 1800flowers.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | 1-800-Flowers determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, 1-800-Flowers determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "I'm Sorry" alternative. |
| (f) determining available alternatives represented in the first subfamily, | 1-800-Flowers determines available alternatives represented in the first subfamily.<br><br>For example, 1-800-Flowers determines available alternatives in the first subfamily of Baskets satisfying the first selection criteria corresponding to the "I'm Sorry" alternative. The results of the determination are used in step (g), below. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (g) revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | 1-800-Flowers revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, 1-800-Flowers revises the data for the feature screen to indicate the available alternatives of the first subfamily of Baskets and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of 1800flowers.com/search.do?curSelectedRefineDS=l%60m+Sorry&refineGroupId=1002&refineDsId=10867&pageObjId=10867&page=1&crossrefine=1002%4010867!l%60m+Sorry&keyword=baskets&sorter=&sorter=. The data for the feature screen has been revised. For example, there are now 6 alternatives under Color and 1 alternative under Brands. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (h) receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | 1-800-Flowers receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Pink" alternative under the "Color" heading and the "I'm Sorry" alternative of the first selection criteria is received and accepted by 1-800-Flowers at 1800flowers.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "Pink" segment (highlighted in yellow), plus a "I'm Sorry" segment (highlighted in Green):<br><br>1800flowers.com/search.do?curSelectedRefineDS=Pink&selectedRefineDSs=I%60m+Sorry&refineGroupId=10049&refineDsId=1023&pageObjId=1023&page=1&crossrefine=10049%401023!Pink&crossrefine=1002%4010867!I%60m+Sorry&keyword=baskets&sorter=&sorter= |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | 1-800-Flowers determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, 1-800-Flowers determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Pink" and "I'm Sorry" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | 1-800-Flowers determines available alternatives represented in the second subfamily.<br><br>For example, 1-800-Flowers determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix H to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by 1-800-Flowers

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | 1-800-Flowers revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, 1-800-Flowers revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of 1800flowers.com/search.do?curSelectedRefineDS=Pink&selectedRefineDSs=I%60m+Sorry&refineGroupId=10049&refineDsId=1023&pageObjId=1023&page=1&crossrefine=10049%401023!Pink&crossrefine=1002%4010867!I%60m+Sorry&keyword=baskets&sorter=&sorter=. The data has been revised. For example, there are even fewer available alternatives for "Price". The data is output to the client computer via the Internet. |

300263988.1

Page 13 of 13