# Exhibit H

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

I. **ACCUSED INSTRUMENTALITY: DELL.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1. A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Dell performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Dell servers that are connected to clients over the Internet at www.dell.com perform the method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including laptops and desktops, among others. |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Dell provides via www.dell.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Laptops. See http://www.dell.com/us/business/p/laptops, reachable from www.dell.com by selecting "For Small and Medium Business" and then "Laptops & Notebooks". |
| (b) reading said data file, | Dell reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at http://www.dell.com/us/business/p/laptops. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family, | Dell displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Dell displays a feature screen indicating alternatives represented in the family of Laptops at http://www.dell.com/us/business/p/laptops. Along the left side of the page is a column listing available alternatives, including 4 alternatives for Laptop Screen Size, 4 alternatives for Operating System, and 3 alternatives for Laptop Weight, among other alternatives. |
| (d) accepting a first selection criteria of at least one alternative, | Dell accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "17 inches & up" alternative under the heading "Laptop Screen Size" is accepted by Dell at www.dell.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Dell determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Dell determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "17 inches & up" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Dell determines available alternatives represented in the first subfamily.<br><br>For example, Dell determines available alternatives in the first subfamily of "Laptops" satisfying the first selection criteria corresponding to the "17 inches & up" alternative. The results of the determination are used in step (g), below. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (g) revising said feature screen to indicate the available alternatives of the first subfamily, | Dell revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Dell revises the feature screen to indicate the available alternatives of the first subfamily of "Laptops", as reflected in the below screenshot of http://www.dell.com/us/business/p/laptops#facets=55846~0~5930681&p=1. The feature screen has been revised. For example, two alternatives under Operating System are greyed out. |
| (h) accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Dell accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "16 GB" alternative under the "Memory" heading and the "17 inches & up" alternative of the first selection criteria is accepted by Dell at www.dell.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "17 inches & up" segment (highlighted in yellow), plus a "16 GB" segment (highlighted in Green):<br><br>http://www.dell.com/us/business/p/laptops#facets=51795~0~11401828,55846~0~5930681&p=1. |

Page 3 of 10

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Dell determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Dell determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "16 GB" and "17 inches & up" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Dell determines available alternatives represented in the second subfamily.<br><br>For example, Dell determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Dell revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Dell revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.dell.com/us/business/p/laptops#facets=51795~0~11401828,55846~0~5930681&p=1.  The feature screen has been revised.  For example, a previously available alternatives for "Laptop Weight" is no longer available. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| **Claim 2** | |
| 2. The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Dell performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families (and subfamilies) illustrated above includes a "Laptop Weight" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Dell displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Dell displays a grouping including the "Laptop Weight" feature visually related to the alternatives for that feature, such as "5 – 7 lbs. (Light)" and other alternatives. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9.    A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Dell performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Dell servers that are accessible over the Internet at www.dell.com perform this method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including laptops and desktops, among others. |
| (a)    providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Dell provides via www.dell.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Laptops. See http://www.dell.com/us/business/p/laptops, reachable from www.dell.com by selecting "For Small and Medium Business" and then "Laptops & Notebooks". |
| (b)    reading said data file, | Dell reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at http://www.dell.com/us/business/p/laptops. |

Page 6 of 10

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (c) displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Dell displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Dell displays a feature screen indicating alternatives represented in the family of Laptops at http://www.dell.com/us/business/p/laptops. In so doing, it outputs, via the internet, to a client computer, data. Along the left side of the page is a column listing available alternatives, including 4 alternatives for Laptop Screen Size, 4 alternatives for Operating System, and 3 alternatives for Laptop Weight, among other alternatives. |
| (d) receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Dell receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "17 inches & up" alternative under the heading "Laptop Screen Size" is received and accepted by Dell at www.dell.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Dell determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Dell determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "17 inches & up" alternative. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (f) determining available alternatives represented in the first subfamily, | Dell determines available alternatives represented in the first subfamily.<br><br>For example, Dell determines available alternatives in the first subfamily of "Laptops" satisfying the first selection criteria corresponding to the "17 inches & up" alternative. The results of the determination are used in step (g), below. |
| (g) revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Dell revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Dell revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Laptops" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.dell.com/us/business/p/laptops#facets=55846~0~5930681&p=1. The data for the feature screen has been revised. For example, two alternatives under Operating System are greyed out. Viewing the source of this screen also illustrates the changes. |

Page 8 of 10

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (h) receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Dell receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "16 GB" alternative under the "Memory" heading and the "17 inches & up" alternative of the first selection criteria is received and accepted by Dell at www.dell.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "17 inches & up" segment (highlighted in yellow), plus a "16 GB" segment (highlighted in Green):<br><br>http://www.dell.com/us/business/p/laptops#facets=51795~0~11401828,55846~0~5930681&p=1. |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Dell determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Dell determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "16 GB" and "17 inches & up" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | Dell determines available alternatives represented in the second subfamily.<br><br>For example, Dell determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix L to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Dell

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Dell revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Dell revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.dell.com/us/business/p/laptops#facets=51795~0~11401828,55846~0~5930681&p=1. The data has been revised. For example, a previously available alternatives for "Laptop Weight" is no longer available. The data is output to the client computer via the Internet.<br><br> |

300262146.1

Page 10 of 10