# Exhibit J

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

**I.      ACCUSED INSTRUMENTALITY: NEWEGG.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.      A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Newegg performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Newegg servers that are connected to clients over the Internet at www.newegg.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including computer hardware, electronics, and cameras, among others.<br><br> |
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Newegg provides via www.newegg.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Point & Shoot Cameras.  See http://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras, reachable from www.newegg.com by selecting "Cameras" and then "Point & Shoot Cameras". |
| (b)      reading said data file, | Newegg reads the data file.<br><br>For example, it does so in the process of serving the page listing Point & Shoot Cameras at http://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (c)　　displaying a feature screen indicating said alternatives represented in the family, | Newegg displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Newegg displays a feature screen indicating alternatives represented in the family of Point & Shoot Cameras at http://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras.  Along the left side of the page is a column listing available alternatives, including at least 6 alternatives for Manufacturer, 4 alternatives for Type, and at least 8 alternatives for Effective Pixels, among other alternatives.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (d)     accepting a first selection criteria of at least one alternative, | Newegg accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Rugged" alternative under the heading "Type" is accepted by Newegg at www.newegg.com.  The selection criteria is used in step (e), below. |
| (e)     determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Rugged" alternative. |
| (f)     determining available alternatives represented in the first subfamily, | Newegg determines available alternatives represented in the first subfamily.<br><br>For example, Newegg determines available alternatives in the first subfamily of "Point & Shoot Cameras" satisfying the first selection criteria corresponding to the "Rugged" alternative.  The results of the determination are used in step (g), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (g)    revising said feature screen to indicate the available alternatives of the first subfamily, | Newegg revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Newegg revises the feature screen to indicate the available alternatives of the first subfamily of "Point & Shoot Cameras", as reflected in the below screenshot of http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%20600006995&IsNodeId=1&name=Rugged. The feature screen has been revised.  For example, there are fewer alternatives under Price and Manufacturer.<br><br> |
| (h)    accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Newegg accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "SAMSUNG" alternative under the "Manufacturer" heading and the "Rugged" alternative of the first selection criteria is accepted by Newegg at www.newegg.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Rugged" segment (highlighted in yellow), plus a "SAMSUNG" segment (highlighted in Green):<br><br>http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%2050001077%20600006995&IsNodeId=1&name=SAMSUNG. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| | |
|---|---|
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "SAMSUNG" and "Rugged" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Newegg determines available alternatives represented in the second subfamily.<br><br>For example, Newegg determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Newegg revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Newegg revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%2050001077%20600006995&IsNodeId=1&name=SAMSUNG.  The feature screen has been revised.  For example, there are now only two available alternatives for "Color".<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim 2 | |
|---|---|
| 2.       The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Newegg performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Price" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Newegg displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Newegg displays a grouping including the "Price" feature visually related to the alternatives for that feature, such as "$50 - $75" and other alternatives. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim 4 | |
|---|---|
| 4.       The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | Newegg performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>For example, Newegg hides from view the grouping including the "Series" feature, which is visible on http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%20600006995&IsNodeId=1&name=Rugged, as shown above, if the "SAMSUNG" alternative under the "Manufacturer" heading is selected.  This is illustrated in the screenshot, above, of http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%2050001077%20600006995&IsNodeId=1&name=SAMSUNG, where that grouping is not visible. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim 9 | |
|---|---|
| 9.      A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Newegg performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Newegg servers that are accessible over the Internet at www.newegg.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including computer hardware, electronics, and cameras, among others.<br><br> |
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Newegg provides via www.newegg.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Point & Shoot Cameras.  See http://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras, reachable from www.newegg.com by selecting "Cameras" and then "Point & Shoot Cameras". |
| (b)      reading said data file, | Newegg reads the data file.<br><br>For example, it does so in the process of serving the page listing Point & Shoot Cameras at ttp://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| | |
|---|---|
| (c)       displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Newegg displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Newegg displays a feature screen indicating alternatives represented in the family of Point & Shoot Cameras at http://www.newegg.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras.  In so doing, it outputs, via the internet, to a client computer, data.  Along the left side of the page is a column listing available alternatives, including at least 6 alternatives for Manufacturer, 4 alternatives for Type, and at least 8 alternatives for Effective Pixels, among other alternatives.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| | |
|---|---|
| (d)      receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Newegg receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "Rugged" alternative under the heading "Type" is received and accepted by Newegg at www.newegg.com.  The selection criteria is used in step (e), below. |
| (e)      determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Rugged" alternative. |
| (f)      determining available alternatives represented in the first subfamily, | Newegg determines available alternatives represented in the first subfamily.<br><br>For example, Newegg determines available alternatives in the first subfamily of  "Point & Shoot Cameras" satisfying the first selection criteria corresponding to the "Rugged" alternative.  The results of the determination are used in step (g), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| (g)      revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Newegg revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Newegg revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Point & Shoot Cameras" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%20600006995&IsNodeId=1&name=Rugged. The data for the feature screen has been revised.  For example, there are fewer alternatives under Price and Manufacturer. Viewing the source of this screen also illustrates the changes.<br><br> |
| (h)      receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Newegg receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "SAMSUNG" alternative under the "Manufacturer" heading and the "Rugged" alternative of the first selection criteria is received and accepted by Newegg at www.newegg.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "Rugged" segment (highlighted in yellow), plus a "SAMSUNG" segment (highlighted in Green):<br><br>http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%2050001077%20600006995&IsNodeId=1&name=SAMSUNG. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| | |
|---|---|
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "SAMSUNG" and "Rugged" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Newegg determines available alternatives represented in the second subfamily.<br><br>For example, Newegg determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |
| (k)      revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Newegg revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Newegg revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.newegg.com/Product/ProductList.aspx?Submit=ENE&N=100006859%2050001077%20600006995&IsNodeId=1&name=SAMSUNG.  The data has been revised.  For example, there are now only two available alternatives for "Color".  The data is output to the client computer via the Internet.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

**II.    ACCUSED INSTRUMENTALITY: NEWEGGBUSINESS.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.      A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Newegg performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Newegg servers that are connected to clients over the Internet at www.neweggbusiness.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including computer hardware, electronics, and cameras, among others.<br><br> |
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Newegg provides via www.neweggbusiness.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Point & Shoot Cameras.  See http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras, reachable from www.neweggbusiness.com by selecting "Electronics", then "Professional Photo & Video", and then "Point & Shoot Cameras". |
| (b)      reading said data file, | Newegg reads the data file.<br><br>For example, it does so in the process of serving the page listing Point & Shoot Cameras at http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (c)    displaying a feature screen indicating said alternatives represented in the family, | Newegg displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Newegg displays a feature screen indicating alternatives represented in the family of Point & Shoot Cameras at http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras.  Along the left side of the page is a column listing available alternatives, including at least 6 alternatives for Manufacturer, 4 alternatives for Type, and at least 6 alternatives for Effective Pixels, among other alternatives.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| | |
| (d)        accepting a first selection criteria of at least one alternative, | Newegg accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "SLR-Style" alternative under the heading "Type" is accepted by Newegg at www.neweggbusiness.com.  The selection criteria is used in step (e), below. |
| (e)        determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "SLR-Style" alternative. |
| (f)        determining available alternatives represented in the first subfamily, | Newegg determines available alternatives represented in the first subfamily.<br><br>For example, Newegg determines available alternatives in the first subfamily of "Point & Shoot Cameras" satisfying the first selection criteria corresponding to the "SLR-Style" alternative.  The results of the determination are used in step (g), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (g)    revising said feature screen to indicate the available alternatives of the first subfamily, | Newegg revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Newegg revises the feature screen to indicate the available alternatives of the first subfamily of "Point & Shoot Cameras", as reflected in the below screenshot of http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%20600006994&IsNodeId=1&name=SLR-Style.  The feature screen has been revised.  For example, there are fewer alternatives under Manufacturer.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (h)      accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Newegg accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Nikon Inc" alternative under the "Manufacturer" heading and the "SLR-Style" alternative of the first selection criteria is accepted by Newegg at www.neweggbusiness.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "SLR-Style" segment (highlighted in yellow), plus a "Nikon Inc" segment (highlighted in Green):<br><br>http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%20`50001247`%20`600006994`&IsNodeId=1&name=Nikon%20Inc |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Nikon Inc" and "SLR-Style" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Newegg determines available alternatives represented in the second subfamily.<br><br>For example, Newegg determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|-------|------------------------|
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Newegg revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Newegg revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%2050001247%20600006994&IsNodeId=1&name=Nikon%20Inc.  The feature screen has been revised.  For example, there is now only one available alternative for "Effective Pixels".<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2.      The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Newegg performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Effective Pixels" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Newegg displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Newegg displays a grouping including the "Effective Pixels" feature visually related to the alternatives for that feature, such as "10.0 – 11.9 MP" and other alternatives. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions

Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9.     A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Newegg performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Newegg servers that are accessible over the Internet at www.neweggbusiness.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including computer hardware, electronics, and cameras, among others.<br><br> |
| (a)     providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Newegg provides via www.neweggbusiness.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Point & Shoot Cameras.  See http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras, reachable from www.neweggbusiness.com by selecting "Electronics", then "Professional Photo & Video", and then "Point & Shoot Cameras". |
| (b)     reading said data file, | Newegg reads the data file.<br><br>For example, it does so in the process of serving the page listing Point & Shoot Cameras at http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (c)      displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Newegg displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Newegg displays a feature screen indicating alternatives represented in the family of Point & Shoot Cameras at http://www.neweggbusiness.com/Store/SubCategory.aspx?SubCategory=12&name=Point-Shoot-Cameras.  In so doing, it outputs, via the internet, to a client computer, data.  Along the left side of the page is a column listing available alternatives, including at least 6 alternatives for Manufacturer, 4 alternatives for Type, and at least 6 alternatives for Effective Pixels, among other alternatives.<br><br> |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|-------|-------------------------|
| (d)      receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Newegg receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "SLR-Style" alternative under the heading "Type" is received and accepted by Newegg at www.neweggbusiness.com.  The selection criteria is used in step (e), below. |
| (e)      determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Newegg determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "SLR-Style" alternative. |
| (f)      determining available alternatives represented in the first subfamily, | Newegg determines available alternatives represented in the first subfamily.<br><br>For example, Newegg determines available alternatives in the first subfamily of  "Point & Shoot Cameras" satisfying the first selection criteria corresponding to the "SLR-Style" alternative.  The results of the determination are used in step (g), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (g)    revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Newegg revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Newegg revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Point & Shoot Cameras" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%20600006994&IsNodeId=1&name=SLR-Style.  The data for the feature screen has been revised.  For example, there are fewer alternatives under Manufacturer.  Viewing the source of this screen also illustrates the changes.<br><br> |
| (h)    receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) | Newegg receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "Nikon Inc" alternative under the "Manufacturer" heading and the "SLR-Style" alternative of the first selection criteria is received and accepted by Newegg at www.neweggbusiness.com.  This |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "SLR-Style" segment (highlighted in yellow), plus a "Nikon Inc" segment (highlighted in Green): <br><br> http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%2050001247%20600006994&IsNodeId=1&name=Nikon%20Inc |
| (i)      determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria. <br><br> For example, Newegg determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "Nikon Inc" and "SLR-Style" alternatives. |
| (j)      determining available alternatives represented in the second subfamily, and | Newegg determines available alternatives represented in the second subfamily. <br><br> For example, Newegg determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix N to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Newegg

| Claim | Accused Instrumentality |
|---|---|
| (k)    revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Newegg revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Newegg revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.neweggbusiness.com/Product/ProductList.aspx?Submit=ENE&N=100009752%2050001247%20600006994&IsNodeId=1&name=Nikon%20Inc.  The data has been revised.  For example, there is now only one available alternative for "Effective Pixels".  The data is output to the client computer via the Internet.<br><br> |

300263459.1