# Exhibit L

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

I. **ACCUSED INSTRUMENTALITY: HP.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1. A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | HPDC performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, HPDC servers that are connected to clients over the Internet at www.hp.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including Laptops, Tablets, Desktops, and Workstations, among others. |
| (a)      providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | HPDC provides via www.hp.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Laptops.  See shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true, reachable from www.hp.com by selecting Shop for Products & Services, Small & Medium Business, and then Laptops. |
| (b)      reading said data file, | HPDC reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (c)   displaying a feature screen indicating said alternatives represented in the family, | HPDC displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, HPDC displays a feature screen indicating alternatives represented in the family of Laptops at shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true.  Along the left side of the page is a column listing available alternatives, including 6 alternatives for Screen Size, 4 alternatives for Weight, and 4 alternatives for Processor, among other alternatives. |
| (d)   accepting a first selection criteria of at least one alternative, | HPDC accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "10.1-12.1" alternative under the heading "Screen Size" is accepted by HPDC at www.hp.com.  The selection criteria is used in step (e), below. |
| (e)   determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | HPDC determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, HPDC determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "10.1-12.1" alternative. |
| (f)   determining available alternatives represented in the first subfamily, | HPDC determines available alternatives represented in the first subfamily.<br><br>For example, HPDC determines available alternatives in the first subfamily of "Laptops" satisfying the first selection criteria corresponding to the "10.1-12.1" alternative.  The results of the determination are used in step (g), below. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (g)     revising said feature screen to indicate the available alternatives of the first subfamily, | HPDC revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, HPDC revises the feature screen to indicate the available alternatives of the first subfamily of "Laptops", as reflected in the below screenshot of shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWIQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522.  The feature screen has been revised.  For example, the available alternatives under Weights and Hard Drive have changed. |
| (h)     accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | HPDC accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "2-3 lbs" alternative under the "Weight" heading and the "10.1-12.1" alternative of the first selection criteria is accepted by HPDC at www.hp.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "10.1-12.1" segment (highlighted in yellow), plus a "2-3 lbs" segment (highlighted in Green):<br><br>shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWIQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522%26facet_atlas_weight%3D2%2B-%2B3%2Blbs. |

Page 3 of 10

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | HPDC determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, HPDC determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "2-3 lbs" and "10.1-12.1" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | HPDC determines available alternatives represented in the second subfamily.<br><br>For example, HPDC determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |
| (k) revising said feature screen to indicate the available alternatives of the second subfamily. | HPDC revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, HPDC revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWlQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522%26facet_atlas_weight%3D2%2B-%2B3%2Blbs. The feature screen has been revised. For example, previously available alternatives for "Hard Drive" are no longer available. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| **Claim 2** | |
| 2. The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | HPDC performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families (and subfamilies) illustrated above includes a "Weight" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | HPDC displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, HPDC displays a grouping including the "Weight" feature visually related to the alternatives for that feature, such as "2-3 lbs" and other alternatives. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9. A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | HPDC performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, HPDC servers that are accessible over the Internet at www.hp.com perform this method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including Laptops, Tablets, Desktops, and Workstations, among others. |
| (a) providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | HPDC provides via www.hp.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Laptops. See shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true, reachable from www.hp.com by selecting Shop for Products & Services, Small & Medium Business, and then Laptops. |
| (b) reading said data file, | HPDC reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (c)    displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | HPDC displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, HPDC displays a feature screen indicating alternatives represented in the family of Laptops at shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewStandardCatalog-Browse?CategoryName=laptops&CategoryDomainName=WW-USSMBPublicStore-laptops&hiderightpanel=true.  In so doing, it outputs, via the internet, to a client computer, data.  Along the left side of the page is a column listing available alternatives, including 6 alternatives for Screen Size, 4 alternatives for Weight, and 4 alternatives for Processor, among other alternatives. |
| (d)    receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | HPDC receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "10.1-12.1" alternative under the heading "Screen Size" is received and accepted by HPDC at www.hp.com.  The selection criteria is used in step (e), below. |
| (e)    determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | HPDC determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, HPDC determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "10.1-12.1" alternative. |

Page 7 of 10

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (f) determining available alternatives represented in the first subfamily, | HPDC determines available alternatives represented in the first subfamily.<br><br>For example, HPDC determines available alternatives in the first subfamily of "Laptops" satisfying the first selection criteria corresponding to the "10.1-12.1" alternative. The results of the determination are used in step (g), below. |
| (g) revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | HPDC revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, HPDC revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Laptops" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWlQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522. The data for the feature screen has been revised. For example, the available alternatives under Weights and Hard Drive have changed. Viewing the source of this screen also illustrates the changes. |

Page 8 of 10

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (h) receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | HPDC receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "2-3 lbs" alternative under the "Weight" heading and the "10.1-12.1" alternative of the first selection criteria is received and accepted by HPDC at www.hp.com. This second selection criteria is used in step (i), below. This second selection criteria is reflected in the URL below, which includes a "10.1-12.1" segment (highlighted in yellow), plus a "2-3 lbs" segment (highlighted in Green):<br><br>shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWlQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522%26facet_atlas_weight%3D2%2B-%2B3%2Blbs. |
| (i) determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | HPDC determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, HPDC determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "10.1-12.1" and "2-3 lbs" alternatives. |
| (j) determining available alternatives represented in the second subfamily, and | HPDC determines available alternatives represented in the second subfamily.<br><br>For example, HPDC determines available alternatives represented in the second subfamily satisfying the second selection criteria. The results of the determination are used in step (k), below. |

Appendix P to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by HPDC

| Claim | Accused Instrumentality |
|---|---|
| (k) revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | HPDC revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, HPDC revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of shopping1.hp.com/is-bin/INTERSHOP.enfinity/WFS/WW-USSMBPublicStore-Site/en_US/-/USD/ViewParametricSearch-SimpleOfferSearch?SearchParameter=%26%40QueryTerm%3D*%26CategoryUUIDLevelX%3DkWlQ7EN5dVcAAAEtGpgoSe36%26facet_atlas_displaysize%3D10.1%2522%2B-%2B12.1%2522%26facet_atlas_weight%3D2%2B-%2B3%2Blbs.  The data has been revised.  For example, previously available alternatives for "Hard Drive" are no longer available.  The data is output to the client computer via the Internet. |

300257999.1