# Exhibit M

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

**I.    ACCUSED INSTRUMENTALITY: CIRCUITCITY.COM**

| Claim | Accused Instrumentality |
|---|---|
| Claim 1 | |
| 1.    A method for assisting a user in identifying a subfamily of items within a family of items said method performed with a server connected to a client computer through a computer network, comprising the steps of: | Circuit City performs a method for assisting a user in identifying a subfamily of items within a family of items, the method performed with a server connected to a client computer through a computer network.<br><br>In particular, for example, Circuit City servers that are connected to clients over the Internet at www.circuitcity.com perform the method.  In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including appliances, computers, and cameras, among others.<br><br> |
| (a)    providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Circuit City provides via www.circuitcity.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families of items is Laptops.  See http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17, reachable from www.circuitcity.com by selecting "Computers & Office" and then "Laptops / Notebooks". |
| (b)    reading said data file, | Circuit City reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17. |

Page 1 of 14

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (c)        displaying a feature screen indicating said alternatives represented in the family, | Circuit City displays a feature screen indicating the alternatives represented in the family.<br><br>As reflected in the below screenshot, Circuit City displays a feature screen indicating alternatives represented in the family of Laptops at http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17. Along the left side of the page is a column listing available alternatives, including 6 alternatives for Screen Size, 7 alternatives for Price, and 4 alternatives for Capacity, among other alternatives.<br><br> |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (d) accepting a first selection criteria of at least one alternative, | Circuit City accepts a first selection criteria of at least one alternative.<br><br>For example, a selection criteria corresponding to the "Sony" alternative under the heading "Brand" is accepted by Circuit City at www.circuitcity.com. The selection criteria is used in step (e), below. |
| (e) determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Circuit City determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Circuit City determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Sony" alternative. |
| (f) determining available alternatives represented in the first subfamily, | Circuit City determines available alternatives represented in the first subfamily.<br><br>For example, Circuit City determines available alternatives in the first subfamily of "Laptops" satisfying the first selection criteria corresponding to the "Sony" alternative. The results of the determination are used in step (g), below. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (g)      revising said feature screen to indicate the available alternatives of the first subfamily, | Circuit City revises the feature screen to indicate the available alternatives of the first subfamily.<br><br>For example, Circuit City revises the feature screen to indicate the available alternatives of the first subfamily of "Laptops", as reflected in the below screenshot of http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792.  The feature screen has been revised.  For example, there are fewer alternatives under Screen Size and Capacity.<br><br> |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (h)    accepting a second selection criteria from said client computer via said computer network at said server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen, | Circuit City accepts a second selection criteria from the client computer via the computer network at the server wherein the second selection criteria comprises a resubmission to the server of the alternative or alternatives of the first selection criteria plus at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "300GB – 500GB" alternative under the "Capacity" heading and the "Sony" alternative of the first selection criteria is accepted by Circuit City at www.circuitcity.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "300GB – 500GB" segment (highlighted in yellow), plus a "Sony" segment (highlighted in Green):<br><br>http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792,Detail;116_35_19719_58944 |
| (i)    determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Circuit City determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Circuit City determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "300GB – 500GB" and "Sony" alternatives. |
| (j)    determining available alternatives represented in the second subfamily, and | Circuit City determines available alternatives represented in the second subfamily.<br><br>For example, Circuit City determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (k)      revising said feature screen to indicate the available alternatives of the second subfamily. | Circuit City revises the feature screen to indicate the available alternatives of the second subfamily.<br><br>For example, Circuit City revises the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792,Detail;116_35_19719_58944. The feature screen has been revised.  For example, there are even fewer available alternatives for "Screen Size".<br><br> |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| Claim 2 | |
| 2.      The method of claim 1 wherein each family has at least one feature associated therewith and further comprising the step of | Circuit City performs the method of claim 1 (see above) wherein each family has at least one feature associated therewith.<br><br>For example, each of the families illustrated above includes a "Screen Size" feature. |
| displaying at least one grouping wherein each said grouping comprises one of said features visually related to respective alternatives. | Circuit City displays at least one grouping wherein each grouping comprises one of the features visually related to respective alternatives.<br><br>For example, as shown in the screenshots above, Circuit City displays a grouping including the "Screen Size" feature visually related to the alternatives for that feature, such as "11.1" = 13.4"" and other alternatives. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| Claim 4 | |
| 4.      The method according to claim 2 wherein at least one said groupings is hidden from view if all said respective alternatives are not available. | Circuit City performs the method of claim 2 (see above) wherein at least one grouping is hidden from view if all respective alternatives are not available.<br><br>For example, Circuit City hides from view the grouping including the "Total Memory Size" feature, which is visible on http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792, as shown above, and hidden from view after the second selection criteria above is accepted, as can be seen in the screenshot, above, of http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792,Detail;116_35_19719_58944. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| Claim 9 | |
| 9.     A method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network: | Circuit City performs a method for assisting a user in identifying a subfamily of items within a family of items, the method comprising the following steps which are performed with a server connected to a computer network.<br><br>In particular, for example, Circuit City servers that are accessible over the Internet at www.circuitcity.com perform the method. In the example screenshots below, the method is used for assisting users in identifying subfamilies of items within families of items, including appliances, computers, and cameras, among others.<br><br> |
| (a)     providing a computer readable data file of stored information representing at least one family of items, said data file identifying at least one alternative for each item, | Circuit City provides via www.circuitcity.com a computer readable data file of stored information representing at least one family of items, the data file identifying at least one alternative for each item.<br><br>As can be seen in the illustrative screenshots, one of the many families is Laptops.  See http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17, reachable from www.circuitcity.com by selecting "Computers & Office" and then "Laptops / Notebooks". |
| (b)     reading said data file, | Circuit City reads the data file.<br><br>For example, it does so in the process of serving the page listing Laptops at http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (c)       displaying a feature screen indicating said alternatives represented in the family wherein data is output to a client computer via said computer network, | Circuit City displays a feature screen indicating the alternatives represented in the family wherein data is output to a client computer via the computer network.<br><br>As reflected in the below screenshot, Circuit City displays a feature screen indicating alternatives represented in the family of Laptops at http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&cm_sp=Header-_-CO-_-CatID_17.  In so doing, it outputs, via the internet, to a client computer, data.  Along the left side of the page is a column listing available alternatives, including 6 alternatives for Screen Size, 7 alternatives for Price, and 4 alternatives for Capacity, among other alternatives.<br><br> |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (d)   receiving and accepting a first selection criteria of at least one alternative from said client computer, said first selection criteria being received by said server from said client computer via said computer network, | Circuit City receives and accepts a first selection criteria of at least one alternative from the client computer, the first selection criteria being received by the server from the client computer via the computer network.<br><br>For example, a first selection criteria corresponding to the "Sony" alternative under the heading "Brand" is received and accepted by Circuit City at www.circuitcity.com.  The selection criteria is used in step (e), below. |
| (e)   determining a first subfamily of items wherein each said item in the first subfamily satisfies said first selection criteria, | Circuit City determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria.<br><br>For example, Circuit City determines a first subfamily of items wherein each item in the first subfamily satisfies the first selection criteria corresponding to the "Sony" alternative. |
| (f)   determining available alternatives represented in the first subfamily, | Circuit City determines available alternatives represented in the first subfamily.<br><br>For example, Circuit City determines available alternatives in the first subfamily of  "Laptops" satisfying the first selection criteria corresponding to the "Sony" alternative.  The results of the determination are used in step (g), below. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (g)    revising said data for said feature screen to indicate the available alternatives of the first subfamily and outputting said revised data for said feature screen to said client computer via said computer network, | Circuit City revises the data for the feature screen to indicate the available alternatives of the first subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Circuit City revises the data for the feature screen to indicate the available alternatives of the first subfamily of "Laptops" and outputs that revised data to the client computer via the Internet, as reflected in the below screenshot of http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792.  The data for the feature screen has been revised.  For example, there are fewer alternatives under Screen Size and Capacity.  Viewing the source of this screen also illustrates the changes.<br><br> |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (h)    receiving and accepting a second selection criteria from said client computer via said computer network, in which said second selection criteria comprises (1) a resubmission by said client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen, | Circuit City receives and accepts a second selection criteria from the client computer via the computer network, in which the second selection criteria comprises (1) a resubmission by the client computer of the alternative or alternatives of the first selection criteria along with (2) at least one alternative selected from the revised feature screen.<br><br>For example, a second selection criteria corresponding to the "300GB – 500GB" alternative under the "Capacity" heading and the "Sony" alternative of the first selection criteria is received and accepted by Circuit City at www.circuitcity.com.  This second selection criteria is used in step (i), below.  This second selection criteria is reflected in the URL below, which includes a "300GB – 500GB" segment (highlighted in yellow), plus a "Sony" segment (highlighted in Green):<br><br>http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792,Detail;116_35_19719_58944 |
| (i)    determining a second subfamily of items of the family wherein each item in the second subfamily satisfies said second selection criteria, | Circuit City determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria.<br><br>For example, Circuit City determines a second subfamily of items of the family wherein each item in the second subfamily satisfies the second selection criteria, corresponding to the "300GB – 500GB" and "Sony" alternatives. |
| (j)    determining available alternatives represented in the second subfamily, and | Circuit City determines available alternatives represented in the second subfamily.<br><br>For example, Circuit City determines available alternatives represented in the second subfamily satisfying the second selection criteria.  The results of the determination are used in step (k), below. |

Appendix Q to Kelora's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions
Claim Chart Regarding Infringement of U.S. Patent 6,275,821 by Circuit City

| Claim | Accused Instrumentality |
|---|---|
| (k)      revising said data for said feature screen to indicate the available alternatives of the second subfamily and outputting said revised data for said feature screen to said client computer via said computer network. | Circuit City revises the data for the feature screen to indicate the available alternatives of the second subfamily and outputs the revised data for the feature screen to the client computer via the computer network.<br><br>For example, Circuit City revises the data for the feature screen to indicate the available alternatives of the second subfamily, as reflected in the below screenshot of http://www.circuitcity.com/applications/category/guidedSearch.asp?CatId=17&sel=Mfr;Mfr_792,Detail;116_35_19719_58944. The data has been revised.  For example, there are even fewer available alternatives for "Screen Size".  The data is output to the client computer via the Internet.<br><br> |