# Exhibit N

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELORA SYSTEMS, LLC,

      Plaintiff,

vs.

TARGET CORPORATION, et al.,

      Defendants.

Case No.
4:11-CV-01548-CW
(LB)

DEPOSITION OF NICHOLAS DAVID ARNETT

Monday, September 26, 2011

2:58 p.m.

1001 Page Mill Road, Building 2

Palo Alto, California   94304

REPORTED BY:

Jay W. Harbidge

CSR No. 4090

```
 1         APPEARANCES:
 2
 3         FOR PLAINTIFF KELORA SYSTEMS, LLC:
 4             MANATT, PHELPS & PHILLIPS, LLP
               RONALD S. KATZ and BEN KLEINMAN
 5             1001 Page Mill Road, Building 2
               Palo Alto, California 94304
 6             650.812.1346
               650.461.0309   FAX
 7             rkatz@manatt.com
 8
           FOR EBAY AND MICROSOFT:
 9
               SIDLEY AUSTIN, LLP
10             THEODORE W. CHANDLER
               555 West Fifth Street, Suite 4000
11             Los Angeles, California 90013
               213.896.5830
12             213.896.6600   FAX
               tchandler@sidley.com
13
14         FOR NEBRASKA FURNITURE MART, INC.
           (APPEARING TELEPHONICALLY):
15
               MUNGER, TOLLES & OLSON, LLP
16             ANDREW SONG
               355 South Grand Avenue, 35th Floor
17             Los Angeles, California 90071
               213.683.9139
18
19         FOR AMAZON, HEWLETT-PACKARD, COSTCO, TARGET,
           OFFICE DEPOT, ZAPPOS:
20
               FULBRIGHT & JAWORSKI, LLP
21             DANIEL LEVENTHAL
               Fullbright Tower
22             1301 McKinney, Suite 5100
               Houston, Texas   77010-8360
23             713.651.8360
               713.651.5246
24             dleventhal@fulbright.com
25
```

81

1       "I see the need for improvement of the
2       browser's ability to keep track of queries and
3       such based on interaction rather than the need
4       to change the server's capabilities in that
5       area."
6           So what you were focusing on was the
7   browser's ability to keep track of queries?
8       A.  Well, to a certain extent what I'm
9   describing here is a certain amount of laziness.  I
10  don't know much about coding servers.  I can do a
11  lot on a client.  Servers are -- you know, I can
12  build a simple server but not a high performance
13  one.
14          So one of the things I clearly recall
15  here is that I just didn't want to have to mess
16  around with storing sessions and parameters on the
17  server because I simply didn't really know how to do
18  it.  So in this case, aside from sort of a
19  philosophical argument that I'm making in this email
20  for statelessness and keeping things on the client,
21  I just didn't even want to spend any time trying to
22  even figure out how to do this on the server.
23      Q.  So the server just wasn't part of your
24  solution?
25      A.  No.  I was using someone else's server.

1  Q.  Who or what.

2  A.  This is a choice about the layout of the
3  HTML on the page being retrieved.

4  Q.  Well, is this being displayed by just
5  going through the parts that we discussed before?
6  Is it being displayed by the web server, the first
7  web server that the robot is getting pages from?

8  MR. CHANDLER:  Objection.

9  MR. LEVENTHAL:  I'm just going to object
10  to the whole line.

11  THE WITNESS:  In a functional sense,
12  yes.  HTML describes the functional layout, the
13  functional display.

14  BY MR. KATZ:

15  Q.  And is it being displayed by the web or
16  robot once it gets those pages?

17  MR. CHANDLER:  Same objection.

18  THE WITNESS:  No.  The web robot doesn't
19  use information about how the document is to be
20  displayed.

21  BY MR. KATZ:

22  Q.  Okay.  And is it is being displayed by
23  the database server that receives the information
24  from the web robot?

25  MR. CHANDLER:  Same objection.

```
                                                                    118
 1       STATE OF CALIFORNIA          )
                                      )
 2       COUNTY OF SAN FRANCISCO      )

 3              I, Jay W. Harbidge, a Certified Shorthand

 4       Reporter, do hereby certify:

 5              That prior to being examined, the witness

 6       in the foregoing proceedings was by me duly sworn to

 7       testify to the truth, the whole truth, and nothing

 8       but the truth;

 9              That said proceedings were taken before

10       me at the time and place therein set forth and were

11       taken down by me in shorthand and thereafter

12       transcribed into typewriting under my direction and

13       supervision;

14              I further certify that I am neither

15       counsel for, nor related to, any party to said

16       proceedings, not in anywise interested in the

17       outcome thereof.

18              In witness whereof, I have hereunto

19       subscribed my name.

20

21       Dated:  September 27, 2011

22

23
         _____
24

25       Jay W. Harbidge, CSR NO. 4090
```