# Exhibit O

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Danish, Sherif Vol. 01  1/20/2009  9:07:00 AM

```
 1          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
 2                MARSHALL DIVISION
 3                      )
     PARTSRIVER, INC.,   )
 4      Plaintiff,,      )
                         )
 5      v.               )
                         ) CASE NO. 2-07-CV-440 DF
 6   SHOPZILLA, INC., YAHOO! )
     INC.; PRICEGRABBER.COM, )
 7   INC.; EBAY, INC.; and    )
     MICROSOFT CORPORATION,   )
 8      Defendants.           )
 9
10   *********************************************
11       ORAL AND VIDEOTAPED DEPOSITION OF
12              SHERIF DANISH
13                VOLUME 1
14             JANUARY 20, 2009
15   *********************************************
16      ORAL AND VIDEOTAPED DEPOSITION OF SHERIF DANISH,
17   produced as a witness at the instance of the DEFENDANTS,
18   and duly sworn, was taken in the above-styled and
19   numbered cause on the 20th day of January, 2009, from
20   9:07 a.m. to 5:02 p.m., before Julie C. Brandt, RMR,
21   CRR, and CSR in and for the State of Texas, reported by
22   machine shorthand, at the offices of Fulbright &
23   Jaworski, 2200 Ross Avenue, Suite 2800, Dallas, Texas,
24   pursuant to the Federal Rules of Civil Procedure and the
25   provisions stated on the record or attached hereto.
```

| | |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | FOR THE PLAINTIFF: |
| 3 | Robert W. Coykendall |
|   | MORRIS LAING |
| 4 | 300 N. Mead |
|   | Suite 200 |
| 5 | Wichita, Kansas  67202-2722 |
|   | 316.262.2671 |
| 6 | 316.262.6226 (fax) |
|   | rcoykendall@morrislaing.com |
| 7 | |
|   | Jack Baldwin |
| 8 | BALDWIN & BALDWIN, LLP |
|   | 400 West Houston Street |
| 9 | Marshall, Texas  75670 |
|   | 903.935.4131 |
| 10 | 903.935.1397 (fax) |
|   | jbb@baldwinlaw.com |
| 11 | |
| 12 | FOR THE DEFENDANTS MICROSOFT and eBAY: |
| 13 | Richard A. Cederoth |
|   | SIDLEY AUSTIN, LLP |
| 14 | One South Dearborn |
|   | Chicago, Illinois  60603 |
| 15 | 312.853.7026 |
|   | 312.853.7036 (fax) |
| 16 | rcederoth@sidley.com |
| 17 | Theodore W. Chandler |
|   | SIDLEY AUSTIN, LLP |
| 18 | 555 West Fifth Street |
|   | Suite 4000 |
| 19 | Los Angeles, California  90013 |
|   | 213.896.5830 |
| 20 | 213.896.6600 (fax) |
|   | tchandler@sidley.com |
| 21 | |
| 22 | FOR THE DEFENDANT PRICEGRABBER.COM: |
| 23 | Michael A. Tomasulo |
|   | JONES DAY |
| 24 | 555 South Flower Street |
|   | Fiftieth Floor |
| 25 | Los Angeles, California  90071 |

Danish, Sherif Vol. 01   1/20/2009   9:07:00 AM

1   like you receive information that you display or that

2   you do something with.

3          MR. ZEMBEK:  Could you read back his

4   answer, please?

5          I just wanted to hear your answer again.

6   Sorry.

7          (Requested portion was read.)

8   Q.   How is accepting accomplished in claim 14?

9   A.   In claim 14?

10  Q.   Yes.

11  A.   Okay.  Can you say the question again for

12  claim 14?

13  Q.   How is accepting accomplished?

14  A.   Accepting is accomplished by obtaining an HTTP

15  request.

16  Q.   Does a client receive an HTTP request?

17  A.   I'm sorry?

18  Q.   Does a client receive an HTTP request?

19  A.   No.  It's the server that receives an HTTP

20  request.

21  Q.   Okay.  The claim language says that the steps

22  of displaying the feature screen, accepting said

23  selected alternatives and revising said feature screen

24  are executed on a client.  What does it mean to accept a

25  selected alternative on a client?

Danish, Sherif Vol. 01 1/20/2009 9:07:00 AM

1     A. It means that the user clicks a value but that

2 this value is sent to the server because the client

3 alone cannot do anything like the display -- because it

4 says further -- you know, just to finish the sentence,

5 there is in displaying -- and it says, in displaying the

6 browser can only display what it receives. So what it

7 receives -- the essence of the information is actually

8 coming from the server for the display and going to the

9 server for the acceptance, if this is your question.

10     Q. No, that wasn't my question. I'm sorry.

11     My question is: What does it mean when you

12 say, "accepting said selected alternative being executed

13 on a client"?

14     A. I am not sure. I need to read the rest of the

15 claims just to see the context in which this claim is

16 written.

17     Q. Okay. Go ahead. Claim 14 just appends from

18 claim 1, just for point of reference.

19     A. Okay. I'm just trying to understand -- to

20 remember the reason for claim 14 versus claim 1.

21     Q. Okay.

22     A. I believe it is related to an option of

23 sending a feature screen code, but I will have to read

24 the specifications again to remember that part of this

25 feature screen code and how it relates to this.

Danish, Sherif Vol. 01  1/20/2009  9:07:00 AM

```
 1              UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION
 3                         )
     PARTSRIVER, INC.,     )
 4       Plaintiff,,       )
                           )
 5   v.                    )
                           ) CASE NO. 2-07-CV-440 DF
 6   SHOPZILLA, INC., YAHOO! )
     INC.; PRICEGRABBER.COM, )
 7   INC.; EBAY, INC.; and  )
     MICROSOFT CORPORATION, )
 8       Defendants.        )
 9
10
11              REPORTER'S CERTIFICATION
12          DEPOSITION OF SHERIF DANISH, VOLUME 1
13                   JANUARY 20, 2009
14
15       I, Julie C. Brandt, Certified Shorthand Reporter in
16   and for the State of Texas, hereby certify to the
17   following:
18       That the witness, SHERIF DANISH, was duly sworn by
19   the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by
21   the witness;
22       That the deposition transcript was submitted on
23   _____ to the witness or to the attorney
24   for the witness for examination, signature and return to
25   Merrill Legal Solutions by _____;
```

Danish, Sherif Vol. 01  1/20/2009  9:07:00 AM

1  That the amount of time used by each party at the
2  deposition is as follows:
3  MR. ZEMBEK.....05 HOUR(S):40 MINUTE(S)
4  MR. CEDEROTH.....00 HOUR(S):00 MINUTE(S)
5  MR. TOMASULO.....00 HOUR(S):00 MINUTE(S)
6  MS. DeRIEUX.....00 HOUR(S):00 MINUTE(S)
7  MR. COYKENDALL.....00 HOUR(S):00 MINUTE(S)
8  That pursuant to information given to the
9  deposition officer at the time said testimony was taken,
10  the following includes counsel for all parties of
11  record:
12  FOR THE PLAINTIFF:
13  Robert W. Coykendall
   MORRIS LAING
14  300 N. Mead
   Suite 200
15  Wichita, Kansas  67202-2722
   316.262.2671
16  316.262.6226 (fax)
   rcoykendall@morrislaing.com
17
   Jack Baldwin
18  BALDWIN & BALDWIN, LLP
   400 West Houston Street
19  Marshall, Texas  75670
   903.935.4131
20  903.935.1397 (fax)
   jbb@baldwinlaw.com
21
22  FOR THE DEFENDANTS MICROSOFT and eBAY:
23  Richard A. Cederoth
   SIDLEY AUSTIN, LLP
24  One South Dearborn
   Chicago, Illinois  60603
25  312.853.7026

Danish, Sherif Vol. 01  1/20/2009  9:07:00 AM

```
 1     312.853.7036 (fax)
       rcederoth@sidley.com
 2
       Theodore W. Chandler
 3     SIDLEY AUSTIN, LLP
       555 West Fifth Street
 4     Suite 4000
       Los Angeles, California  90013
 5     213.896.5830
       213.896.6600 (fax)
 6     tchandler@sidley.com
 7
       FOR THE DEFENDANT PRICEGRABBER.COM:
 8
       Michael A. Tomasulo
 9     JONES DAY
       555 South Flower Street
10     Fiftieth Floor
       Los Angeles, California  90071
11     213.243.2619
       213.243.2539 (fax)
12     matomasulo@jonesday.com
13
       FOR THE DEFENDANT SHOPZILLA, INC.:
14
       Elizabeth L. DeRieux
15     CAPSHAW DeRIEUX, LLP
       1127 Judson Road
16     Suite 220
       Longview, Texas  75601
17     903.236.9800
       903.236.8787 (fax)
18     ederieux@capshawlaw.com
19
       FOR THE DEFENDANT YAHOO! INC.:
20
       Richard Zembek
21     FULBRIGHT & JAWORSKI
       1301 McKinney
22     Suite 5100
       Houston, Texas  77010-3095
23     713.651.5203
       713.651.5246 (fax)
24     rzembek@fulbright.com
25
```

Danish, Sherif Vol. 01  1/20/2009  9:07:00 AM

| | |
|---|---|
| 1 | Dan D. Davison |
|  | FULBRIGHT & JAWORSKI |
| 2 | 2200 Ross Avenue |
|  | Suite 2800 |
| 3 | Dallas, Texas  75201-2784 |
|  | 214.855.8049 |
| 4 | 214.855.8200 (fax) |
|  | ddavison@fulbright.com |
| 5 | |
| 6 | That $_____ is the deposition officer's |
| 7 | charges to the Defendant Yahoo! Inc. for preparing the |
| 8 | original deposition transcript and any copies of |
| 9 | exhibits; |
| 10 | I further certify that I am neither counsel for, |
| 11 | related to, nor employed by any of the parties or |
| 12 | attorneys in the action in which this proceeding was |
| 13 | taken, and further that I am not financially or |
| 14 | otherwise interested in the outcome of the action. |
| 15 | Certified to by me _____, 2009. |
| 16 | |
| 17 | |
| 18 | |
| 19 | _____ |
|  | Julie C. Brandt, CSR, RMR, CRR |
| 20 | Texas CSR No. 4018 |
|  | Expiration Date:  12/31/10 |
| 21 | |
|  | Merrill Legal Solutions |
| 22 | Reg. No. 191 |
|  | 4144 North Central Expressway |
| 23 | Suite 850 |
|  | Dallas, Texas 75204 |
| 24 | 800-966-4567 |
| 25 | |