# Exhibit P

# To the Declaration of Benjamin Kleinman In Support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement

Danish, Sherif Vol. 02 1/21/2009 10:50:00 AM

```
 1            UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TEXAS
 2                  MARSHALL DIVISION
 3                         )
      PARTSRIVER, INC.,     )
 4        Plaintiff,,       )
                            )
 5    v.                    )
                            ) CASE NO. 2-07-CV-440 DF
 6    SHOPZILLA, INC., YAHOO! )
      INC.; PRICEGRABBER.COM, )
 7    INC.; EBAY, INC.; and    )
      MICROSOFT CORPORATION,   )
 8        Defendants.          )
 9
10    ********************************************************
11            ORAL AND VIDEOTAPED DEPOSITION OF
12                   SHERIF DANISH
13                    VOLUME 2
14                 JANUARY 21, 2009
15    ********************************************************
16       ORAL AND VIDEOTAPED DEPOSITION OF SHERIF DANISH,
17    produced as a witness at the instance of the DEFENDANTS,
18    and duly sworn, was taken in the above-styled and
19    numbered cause on the 21st day of January, 2009, from
20    9:39 a.m. to 4:49 p.m., before Julie C. Brandt, RMR,
21    CRR, and CSR in and for the State of Texas, reported by
22    machine shorthand, at the offices of Fulbright &
23    Jaworski, 2200 Ross Avenue, Suite 2800, Dallas, Texas,
24    pursuant to the Federal Rules of Civil Procedure and the
25    provisions stated on the record or attached hereto.
```

```
 1         A P P E A R A N C E S
 2    FOR THE PLAINTIFF:
 3       Robert W. Coykendall
         MORRIS LAING
 4       300 N. Mead
         Suite 200
 5       Wichita, Kansas  67202-2722
         316.262.2671
 6       316.262.6226 (fax)
         rcoykendall@morrislaing.com
 7
         Jack Baldwin
 8       BALDWIN & BALDWIN, LLP
         400 West Houston Street
 9       Marshall, Texas  75670
         903.935.4131
10       903.935.1397 (fax)
         jbb@baldwinlaw.com
11
12    FOR THE DEFENDANTS MICROSOFT and eBAY:
13       Richard A. Cederoth
         SIDLEY AUSTIN, LLP
14       One South Dearborn
         Chicago, Illinois  60603
15       312.853.7026
         312.853.7036 (fax)
16       rcederoth@sidley.com
17       Theodore W. Chandler
         SIDLEY AUSTIN, LLP
18       555 West Fifth Street
         Suite 4000
19       Los Angeles, California  90013
         213.896.5830
20       213.896.6600 (fax)
         tchandler@sidley.com
21
22    FOR THE DEFENDANT PRICEGRABBER.COM:
23       Michael A. Tomasulo
         JONES DAY
24       555 South Flower Street
         Fiftieth Floor
25       Los Angeles, California  90071
```

Danish, Sherif Vol. 02 1/21/2009 10:50:00 AM

```
 1    213.243.2619
      213.243.2539 (fax)
 2    matomasulo@jonesday.com
 3
      FOR THE DEFENDANT SHOPZILLA, INC.:
 4
      Elizabeth L. DeRieux
 5    CAPSHAW DeRIEUX, LLP
      1127 Judson Road
 6    Suite 220
      Longview, Texas  75601
 7    903.236.9800
      903.236.8787 (fax)
 8    ederieux@capshawlaw.com
 9
      FOR THE DEFENDANT YAHOO! INC.:
10
      Richard Zembek
11    FULBRIGHT & JAWORSKI
      1301 McKinney
12    Suite 5100
      Houston, Texas  77010-3095
13    713.651.5203
      713.651.5246 (fax)
14    rzembek@fulbright.com
15    L. Joni Collins
      FULBRIGHT & JAWORSKI
16    2200 Ross Avenue
      Suite 2800
17    Dallas, Texas  75201-2784
      214.855.8049
18    214.855.8200 (fax)
19
      VIDEOGRAPHER:
20
      Gary Bentley, CLVS
21    Merrill Legal Solutions
22
23
24
25
```

Danish, Sherif Vol. 02  1/21/2009  10:50:00 AM

1   Texas, or you can't say?

2       A.  No, I can't say, and it could be even in New

3   York.

4       Q.  Okay.  How about reading said data file?

5       A.  Reading the data file would be performed by

6   the web server.

7       Q.  Okay.  So in this instance, that would be

8   California?

9       A.  If the web server is in California.

10      Q.  Okay.  Displaying a feature screen indicating

11  said alternatives represented in the family.  First of

12  all, what does that mean?

13      A.  It means displaying the attribute values that

14  are available in this family for each attribute.

15      Q.  Okay.  And where -- if -- again, going back to

16  our example where the user is in Texas and the web

17  servers are in California, where does step 1 C occur?

18      A.  The decision of displaying a feature screen is

19  made by the web server and is sent to the browser of the

20  user, which interprets it and displays it.

21      Q.  So where is the display -- where is the step 1

22  C performed?  In Texas or in California?

23      A.  I would say in both, based on the description

24  that I just said.

25      Q.  Who does the displaying in step 1 C?

1    A.  The server determines what are the features,

2    as it says here, in step C, the further -- the server

3    decides what is the feature screen that indicate the

4    alternatives of the family and sends them to the

5    browser, and the browser interprets this message and

6    displays it to the user.

7    Q.  But step 1 C says, displaying a feature

8    screen. So does the server or the user display the

9    feature screen?

10    MR. BALDWIN:  Object to form.

11    A.  If you look, I did not get into the source

12    code of our implementation, for example, but I would --

13    I would say that if a developer is writing the code for

14    the web server regarding reading the database and

15    searching it and so forth and displaying results, a

16    comment would certainly say display the feature screen,

17    for example. So that's why I'm saying it is a function

18    of the server to determine what is this feature screen

19    and send it to the browser, and the browser will

20    interpret it and visualize it for the user.

21    Q.  Is it your position then that it takes more

22    than one person to satisfy step 1 C; it takes a server

23    and the user?

24    A.  Not more than one person, but more than one

25    function. One function on the server to determine what

Danish, Sherif Vol. 02 1/21/2009 10:50:00 AM

1       UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF TEXAS

2          MARSHALL DIVISION

3             )

  PARTSRIVER, INC.,   )

4    Plaintiff,,   )

             )

5   v.   )

          ) CASE NO. 2-07-CV-440 DF

6   SHOPZILLA, INC., YAHOO! )

  INC.; PRICEGRABBER.COM, )

7   INC.; EBAY, INC.; and )

  MICROSOFT CORPORATION, )

8    Defendants.   )

9

10

11         REPORTER'S CERTIFICATION

12    DEPOSITION OF SHERIF DANISH, VOLUME 2

13          JANUARY 21, 2009

14

15   I, Julie C. Brandt, Certified Shorthand Reporter in

16   and for the State of Texas, hereby certify to the

17   following:

18     That the witness, SHERIF DANISH, was duly sworn by

19   the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22     That the deposition transcript was submitted on

23   _____ to the witness or to the attorney

24   for the witness for examination, signature and return to

25   Merrill Legal Solutions by _____;

Danish, Sherif Vol. 02 1/21/2009 10:50:00 AM

1   That the amount of time used by each party at the
2   deposition is as follows:
3   MR. ZEMBEK.....00 HOUR(S):46 MINUTE(S)
4   MR. CEDEROTH.....02 HOUR(S):31 MINUTE(S)
5   MR. TOMASULO.....01 HOUR(S):36 MINUTE(S)
6   MS. DeRIEUX.....00 HOUR(S):00 MINUTE(S)
7   MR. BALDWIN.....00 HOUR(S):00 MINUTE(S)
8   That pursuant to information given to the
9   deposition officer at the time said testimony was taken,
10  the following includes counsel for all parties of
11  record:
12  FOR THE PLAINTIFF:
13      Robert W. Coykendall
        MORRIS LAING
14      300 N. Mead
        Suite 200
15      Wichita, Kansas 67202-2722
        316.262.2671
16      316.262.6226 (fax)
        rcoykendall@morrislaing.com
17
        Jack Baldwin
18      BALDWIN & BALDWIN, LLP
        400 West Houston Street
19      Marshall, Texas 75670
        903.935.4131
20      903.935.1397 (fax)
        jbb@baldwinlaw.com
21
22  FOR THE DEFENDANTS MICROSOFT and eBAY:
23      Richard A. Cederoth
        SIDLEY AUSTIN, LLP
24      One South Dearborn
        Chicago, Illinois 60603
25      312.853.7026

| | |
|---|---|
| 1 | 312.853.7036 (fax) |
| | rcederoth@sidley.com |
| 2 | |
| | Theodore W. Chandler |
| 3 | SIDLEY AUSTIN, LLP |
| | 555 West Fifth Street |
| 4 | Suite 4000 |
| | Los Angeles, California 90013 |
| 5 | 213.896.5830 |
| | 213.896.6600 (fax) |
| 6 | tchandler@sidley.com |
| 7 | |
| | FOR THE DEFENDANT PRICEGRABBER.COM: |
| 8 | |
| | Michael A. Tomasulo |
| 9 | JONES DAY |
| | 555 South Flower Street |
| 10 | Fiftieth Floor |
| | Los Angeles, California 90071 |
| 11 | 213.243.2619 |
| | 213.243.2539 (fax) |
| 12 | matomasulo@jonesday.com |
| 13 | |
| | FOR THE DEFENDANT SHOPZILLA, INC.: |
| 14 | |
| | Elizabeth L. DeRieux |
| 15 | CAPSHAW DeRIEUX, LLP |
| | 1127 Judson Road |
| 16 | Suite 220 |
| | Longview, Texas 75601 |
| 17 | 903.236.9800 |
| | 903.236.8787 (fax) |
| 18 | ederieux@capshawlaw.com |
| 19 | |
| | FOR THE DEFENDANT YAHOO! INC.: |
| 20 | |
| | Richard Zembek |
| 21 | FULBRIGHT & JAWORSKI |
| | 1301 McKinney |
| 22 | Suite 5100 |
| | Houston, Texas 77010-3095 |
| 23 | 713.651.5203 |
| | 713.651.5246 (fax) |
| 24 | rzembek@fulbright.com |
| 25 | |

```
 1    L. Joni Collins
      FULBRIGHT & JAWORSKI
 2    2200 Ross Avenue
      Suite 2800
 3    Dallas, Texas  75201-2784
      214.855.8049
 4    214.855.8200 (fax)
 5        That $_____ is the deposition officer's
 6    charges to the Defendant Yahoo! Inc. for preparing the
 7    original deposition transcript and any copies of
 8    exhibits;
 9        I further certify that I am neither counsel for,
10    related to, nor employed by any of the parties or
11    attorneys in the action in which this proceeding was
12    taken, and further that I am not financially or
13    otherwise interested in the outcome of the action.
14        Certified to by me _____, 2009.
15
16
17
18           _____
             Julie C. Brandt, CSR, RMR, CRR
19           Texas CSR No. 4018
             Expiration Date:  12/31/10
20
             Merrill Legal Solutions
21           Reg. No. 191
             4144 North Central Expressway
22           Suite 850
             Dallas, Texas 75204
23           800-966-4567
24
25
```