MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for*
KELORA SYSTEMS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Cabela's Inc.,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>*Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case)<br><br>**KELORA SYSTEMS, LLC'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' CLAIM CONSTRUCTION BRIEF AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**<br><br>**[CIVIL L.R. 79-5(d)]** |

|    |                                                      |   |                                             |
|----|------------------------------------------------------|---|---------------------------------------------|
| 1  |                                                      | ) | No. 4:11-cv-1548-CW (filed Nov. 8, 2010)    |
| 2  | Kelora Systems, LLC,                                 | ) | (related case)                              |
|    |                                                      | ) |                                             |
| 3  |    *Plaintiff and Counterclaim-Defendant,* | ) |                                             |
|    |                                                      | ) |                                             |
| 4  |  vs.                                            | ) |                                             |
|    |                                                      | ) |                                             |
| 5  | Target Corporation; OfficeMax Incorporated;          | ) |                                             |
|    | Rockler Companies, Inc.; 1-800-Flowers.com,          | ) |                                             |
| 6  | Inc.; Amazon.com, Inc.; Dell, Inc.; Office           | ) |                                             |
| 7  | Depot, Inc.; Newegg Inc.; Costco Wholesale           | ) |                                             |
|    | Corporation; Hewlett-Packard Company;                | ) |                                             |
| 8  | CircuitCity.com Inc.; Audible, Inc.; and             | ) |                                             |
|    | Zappos.com, Inc.,                                    | ) |                                             |
| 9  |                                                      | ) |                                             |
| 10 |    *Defendants and Counterclaim-Plaintiffs.* | ) |                                             |
|    |                                                      | ) |                                             |
| 11 | OfficeMax Incorporated,                              | ) |                                             |
|    |                                                      | ) |                                             |
| 12 |    *Third-Party Plaintiff,*           | ) |                                             |
|    |                                                      | ) |                                             |
| 13 |  vs.                                            | ) |                                             |
|    |                                                      | ) |                                             |
| 14 | Adobe Systems Incorporated,                          | ) |                                             |
| 15 |                                                      | ) |                                             |
|    |    *Third-Party Defendant.*           | ) |                                             |
| 16 |                                                      | ) |                                             |
| 17 | Nebraska Furniture Mart, Inc.,                       | ) | No. 4:11-cv-2284-CW (filed Feb. 3, 2011)    |
|    |                                                      | ) | (related case)                              |
| 18 |    *Plaintiff and Counterclaim-Defendant,* | ) |                                             |
| 19 |                                                      | ) |                                             |
|    |  vs.                                            | ) |                                             |
| 20 |                                                      | ) |                                             |
|    | Kelora Systems, LLC,                                 | ) |                                             |
| 21 |                                                      | ) |                                             |
| 22 |    *Defendant and Counterclaim-Plaintiff.* | ) |                                             |
|    |                                                      | ) |                                             |

     Pursuant to Civil L.R. 79-5(d) and 7-11 and the Court's Order Regarding Motion of Kelora Systems, LLC to File Under Seal the Declaration of Shawn G. Hansen (Docket No. 79 in Case No. 4:11-cv-01398-CW, Docket No. 389 in Case No. 4:11-cv-01548-CW, and Docket No. 91 in Case No. 4:11-cv-02284-CW) ("Order"), Kelora Systems, LLC ("Kelora") hereby brings this amended administrative motion to file under seal the following documents:

**1. Declaration of Shawn G. Hansen In Support of Kelora Systems, LLC's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement, dated October 11, 2011 ("Hansen Declaration"); and**

**2. Exhibits A-E to the Hansen Declaration.**

On October 11, 2011, in support of Kelora's Opposition to Defendants' Claim Construction Brief and Motion for Summary Judgment of Invalidity and Non-Infringement, Kelora submitted the Hansen Declaration and Exhibits A-E thereto under seal solely to allow the parties who designated the materials contained therein the opportunity to submit a declaration and proposed sealing order pursuant to Civil L.R. 79-5(d).  The complete, unredacted version of the Hansen Declaration and Exhibits A-E thereto were lodged with the Court for in camera review and served by email on counsel of record for all parties in the above-captioned cases pursuant to General Order No. 62 on October 11, 2011.

On October 17, 2011, the Court issued the above-referenced Order, requiring Kelora to file this amended administrative motion to file under seal.  The concurrently submitted Declaration of Shawn G. Hansen in Support of Kelora Systems, LLC's Amended Administrative Motion to File Under Seal ("Hansen Decl.") provides the information required in the Court's Order of October 17, 2011.  In particular, it includes specific statements as to which parties have designated this material to be confidential, all of which are parties to this litigation, namely, Nebraska Furniture Mart, Inc. ("NFM"), Cabela's, Inc., and Newegg Inc.  Hansen Decl., ¶¶ 4-8.

Pursuant to the Court's October 17, 2011, Order, within seven days after this amended motion is filed and served, any parties who consider the information to be confidential shall file a declaration in support of the motion to seal.  Order, pp. 3-4.  The declarations must state with particularity good cause to file each document under seal in light of Local Rule 79-5 and applicable law.  Order, p. 4.  If the parties designating the material as confidential fail to file their responsive declarations as required by Local Rule 79-5(d), the document or proposed filing will be made part of the public record, to the extent that the motion relied upon their designation.  *Id*.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

KELORA'S AMENDED MOTION
TO FILE UNDER SEAL

Kelora has not received any designation of confidentiality from Endeca regarding Exhibits A-E to the Hansen Declaration. Hansen Decl., ¶ 9. However, because Endeca may consider at least some of Exhibit E to be confidential, Kelora requested consent from NFM, which designated Exhibit E "Confidential – Attorneys' Eyes Only", to allow Kelora to disclose such material to Endeca along with a copy of this Court's October 17, 2011, Order and of this Amended Motion to File Under Seal. Hansen Decl., ¶10-12. Kelora also requested that NFM advise whether NFM believes that such disclosure requires execution of an undertaking pursuant to Paragraph 11 of the Protective Order and, if so, what Endeca representative(s) should sign such an undertaking and receive the courtesy copies. Hansen Decl., ¶ 12. To date, NFM has not responded to such requests. Hansen Decl., ¶ 13. Accordingly, absent consent from NFM, Kelora believes it is precluded under this Court's Protective Order from disclosing the subject material to Endeca.

DATED: October 21, 2011

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Shawn G. Hansen
Robert D. Becker
Ronald S. Katz
Shawn G. Hansen
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304
Telephone: (650) 812-1300
Email: rbecker@manatt.com
Email: rkatz@manatt.com
Email: shansen@manatt.com

*Attorneys for*
KELORA SYSTEMS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing KELORA SYSTEMS, LLC'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' CLAIM CONSTRUCTION BRIEF AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT.

/s/ Shawn G. Hansen
Shawn G. Hansen

300844496.1